BPQ: 92

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** ： Melissa De Hostos Álvarez | CASE NO. 12-00857 MCF |
| Debtor(s) | CHAPTER 13 |
| Banco Popular of Puerto Rico | |
| Movant | 11 USC 362 d(1) |
| Melissa De Hostos Álvarez and Chapter 13 Trustee, Alejandro Oliveras Rivera | Relief from stay for cause |
| Respondent(s) | |

**MOTION FOR RELIEF FROM STAY**

TO THE HONORABLE COURT:

Comes now, Banco Popular of Puerto Rico, secured creditor, represented by the undersigned attorney who respectfully pray and state as follows:

1.      Jurisdiction over subject matter is predicated on section, 1334 and 157(b) 2(G), 28 USC.

2.      The cause of action is based on section 362 d(1), 11 USC.

3.      In this case, an Order for Relief was entered on February 6, 2012.

4.      Movant is the holder by endorsement, in due course, of a Mortgage Note, hereinafter the (Note), for $97,137, bearing interest of 7.00%, due on July 1, 2027.  Exhibit A-1.  The second Mortgage encumbers debtor's property located at URB ALMIRA AD-9 CALLE 2, TOA BAJA, PR 00949, Puerto Rico.

5.      Since the filing date, debtor account has accumulated 3 **Post Petition** arrears pertaining to the months of May to July as described in Exhibit (A) of this motion, including $500.00 in attorney fees and costs for the filing of this motion. Verified Statement in compliance with LBR 4001-1(d)(3) **and any other arrears that continue to accrue up to the date all post petitions arrears are paid.**

6.      Movant argues that considering what is here in above stated, cause exists for granting relief from the stay pursuant to section 362 d(1), supra, since debtor has failed to make post petition payments accordingly.

Included as Exhibit (B), is movant Verified Statement regarding the information required by the Service Member Civil Relief Act of 2003 and a Department of Defense Manpower Data Center Military Status Report.

7.  Said default deprives movant to have its security interest protected as provided under the Bankruptcy Code.

8.  If the Order for Relief is Granted, Trustee shall stop disbursements to Movant under the plan.

WHEREFORE, movant prays for an Order granting the Relief from Stay as requested.

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor(s) attorney and Alejandro Oliveras Rivera, US Chapter 13 Trustee, and also certify that I have mailed by United State Postal Service copy of this motion to debtor Melissa De Hostos Alvarez and coowner Nelson Rodriguez Ortiz to their address of record and also to non CM/ECF participant to debtor(s) at theirs address of record in this case.

In San Juan, Puerto Rico, on the 11th day of July, 2013.

**COLÓN SANTANA & ASOCIADOS, CSP**
Attorney for Banco Popular de Puerto Rico
315 Coll & Toste, San Juan, PR 00918
Tel: 787-763-4111/Fax: 787-766-1289

S/José E. Colón Santana, USDC-PR No. 121312
e-mail: jecolonsantana@gmail.com

s/Mádelin Colón Pérez, USDC-PR No. 220006
e-mail: mcolonquiebras@gmail.com

## STATEMENT OF ACCOUNT

| NELSON RODRIGUEZ-ORTIZ | 071010010577040 | 12-00857MCF A0 | 02/06/12 |
|---|---|---|---|
| Petitioner Name | Loan Number | Bankruptcy Number | Filing Date |

### SECURED LIEN ON REAL PROPERTY

| | | |
|---|---|---|
| Principal Balance as of  08/01/11 | .......................................................................................................... | 74,519.83 |
| Accrued Interest from  07/01/11   to 07/31/13 | .......................................................................................................... | 10,890.10 |

Interest Rate   7.00000          Accrued No. of Days        762          Per Diem:        14.29

Monthly Payment to Escrow:  (To be used when loan will be cancelled under the bankruptcy payment plan)

| | | | | |
|---|---|---|---|---|
| Hazard | 0.00 | Taxes | 0.00 | MIP        0.00 |
| A&H | 0.00 | Life | 0.00 | |

TOTAL Monthly Escrow                    0.00  Mths in Arrears        24        Escrow in Arrears.....        0.00

Accrued Late Charge        212.80

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | 0.00 | Tax Certificate | 0.00 | Inspection | 0.00 ..................... | 2,757.86 |
| Other | 2,757.86 | | | | | |
| FC Legal Fees | 0.00 | | | BKT Legal Fees | 0.00 ..................... | 0.00 |
| TOTAL Amount owed as of  07/31/13 | | ................................................................ | | | | 88,380.59 |

### AMOUNT IN ARREARS

**Pre-Petition Amount:**

| | | | |
|---|---|---|---|
| 21  Payments of | 665.00 each one | ........................................................................ | 13,965.00 |
| Accumulated Lated Charges | | ........................................................................ | 0.00 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | 0.00 | Tax Certificate | 0.00 | Inspection | 0.00 ................... | 2,757.86 |
| Other | 2,757.86 | | | | | |
| FC Fees | 0.00 | | | BKT Legal Fees | 0.00 ................... | 0.00 |
| | | | | A = TOTAL PRE-PETITION AMOUNT | | 16,722.86 |

**Post-Petition Amount:**

| | | | |
|---|---|---|---|
| 3   Payment of | 665.00 each one | ................................................................ | 1,995.00 |
| Late Charge | | ................................................................ | 212.80 |
| | | B = TOTAL POST-PETITION AMOUNT | 2,207.80 |
| | | A + B = TOTAL AMOUNT IN ARREARS | 18,930.66 |

### OTHER INFORMATION

Next Payment Due   08/01/11      Interest Rate   7.00000      P&I      646.26      Req. Esc      18.74      Monthly Late Charge        25.85

| | | | |
|---|---|---|---|
| Investor | BANCO POPULAR DE PUERTO RICO | Property Address | AD-9 2ND. ST. ALMIRA DEV. CATANO           PR |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico foregoing is true and correct.

_____                                    7/10/13
BANCO POPULAR DE PUERTO RICO                          Date

PM-031 / 6-11    (L)

*ISRAEL RIVERA LOPEZ*
*TEL.;RES.; FAX (787) 761-3788*
*CELULAR (787) 226-1091*

*ESTUDIO DE TITULO*

CASO:  QUIEBRA 92 – NELSON RODRIGUEZ ORTIZ
SOLICITANTE:  BUFETE COLON SANTANA, ROMAN & ASOCIADOS

*Finca #5,475 al folio 230 del tomo 114 de Cataño, Sección IV del Registro de la Propiedad de Bayamón.*
*//////////////////////////////////////////////////////////////////////////////////////////////////////////////*
*DESCRIPCION:URBANA: Solar número 9 del bloque AD de la URBANIZACION VILLA DEL RIO-OESTE. Sección Almira. radicada en el Barrio Palmas del término municipal de Cataño. con una cabida superficial de 257.600 metros cuadrados, en lindes por el NORTE, en 23.00 metros con el solar número 8; por el SUR, en 23.00 metros con el solar número 10; por el ESTE, en 11.200 metros con la Calle número 2 y por el OESTE, en 11.200 metros con el solar número 18. Enclava una casa de concreto dedicada a vivienda.*

*TRACTO:  Se segregó de la finca #5,125 al folio 205 del tomo 108 de Cataño.*

*TITULO:  Consta inscrita a favor de: NELSON RODRIGUEZ ORTIZ y su esposa MELISSA DE HOSTOS ALVAREZ por compra de los esposos Ernesto Luis Vega Maldonado y Awilda Esther Dilan Velázquez por el precio de $106,000.00, según escritura #22, otorgada en San Juan el 3 de julio de 1997, ante el notario Rafael Ocasio Rivera, inscripción 4ta y última al folio 232, tomo 114, finca #5,475 de Cataño; registrándose el asiento el 22 de octubre de 1999.*

*CARGAS:*

*A)  POR SU PROCEDENCIA:*

*1-  Condiciones restrictivas sobre uso y edificación y servidumbres en beneficio de utilidades públicas.*

*B)  POR SI:*

*1-  Hipoteca en garantía del pagaré affidavit #6183, constituida por los vendedores, a la orden de R & G Mortgage Corporation por $42,840.00, intereses al 6% anual, vence el 1ro de diciembre de 2003, se tasó en $42,840.00, según escritura #652, otorgada en Bayamón el 12 de noviembre de 1993, ante el notario Fenex Torres Torres, inscripción 3ra al folio 231vto del tomo 114, finca #5,475 de Cataño; registrándose el asiento el 3 de agosto de 1994.*

*2-  Hipoteca en garantía del pagaré constituida por los titulares, a la orden del Banco Popular de Puerto Rico por $97,137.00, intereses al 7% anual, vence el 1ro de julio de 2027, se tasó en el principal, según escritura #509, otorgada en San Juan el 3 de julio de 1997, ante la notaria Maria Eugenia Torres Gregory, inscripción 4ta y última al folio 232, tomo 114, finca #5,475 de Cataño; registrándose el asiento el 22 de octubre de 1999.*

*SE REVISARON:  Los Libros de Contribuciones Federales, Estatales, Sentencia y la bitácora electrónica hasta el asiento 1ro del diario 276.*

*10 de abril de 2012*

*ISRAEL RIVERA LOPEZ*
*FAC.P. #1862*

FHA CASE NO. 501-5397044-703

# - - - - - - - - - - -MORTGAGE NOTE- - - - - - - - - - - -
# - - - - - - - - - - - -PAGARE HIPOTECARIO- - - - - - - - - - -

US $ 97,137.00                                            July 3-~, 1997

1.   "Borrower" means each person signing at the end of this Note, and the
1.   "Deudor Hipotecario" significa cada persona que firma al final de este Pagaré y sus

person's successors and assigns.   "Lender" means BANCO POPULAR DE PUERTO RICO
sucesores y cesionarios.  "Acreedor Hipotecario" significa  BANCO POPULAR DE PUERTO RICO

and its successors and assigns.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
y sus sucesores y cesionarios.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

2.   In return for a loan received from Lender, Borrower promises to pay
2.   A cambio de un préstamo recibido del Acreedor Hipotecario, el Deudor Hipotecario se

the principal sum of NINETY SEVEN THOUSAND ONE HUNDRED THIRTY SEVEN ~~~~~~~~~~~~~~~~
obliga a pagar la cantidad principal de NOVENTA Y SIETE MIL CIENTO TREINTA Y SIETE ~~~~~~~~

Dollars (U.S.$ 97,137.00 ~~~~~~~~~~~~~~~~~), plus interest, to the order of the
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ Dólares (U.S.$ 97,137.00~~~), más intereses, a la orden

Lender.   Interest will be charged on unpaid principal, from the date of
del Acreedor Hipotecario.  Se cargará intereses sobre el principal adeudado, desde la fecha

disbursement of the loan proceeds by Lender, at the rate of Seven ~~~~~~~~~~~~
en que el Acreedor Hipotecario desembolse el producto del préstamo a razón de Siete ~~~~~~~~

~~~~~~~~~~~~~per cent (7 ~~~~~ %) per year until the full amount of principal
~~~~~~~~~~~~por ciento (7 ~~~~~~~~~ %) anual hasta que el principal haya sido totalmente

has been paid.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
pagado.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

3.   Borrower's promise to pay is secured by a mortgage that is dated the
3.   La obligación de pagar del Deudor Hipotecario está garantizada por una hipoteca, otor-

same date as this Note and called the "Security Instrument".  The Security
gada en la misma fecha de este Pagaré, denominada "Hipoteca".  La Hipoteca protege al Acree-

Instrument protects the Lender from losses which might result if Borrower
dor Hipotecario de pérdidas que podrían resultar si el Deudor Hipotecario incumpliere con los

defaults under this Note.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
términos de este Pagaré.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

4.   (A)  Borrower shall make a payment of principal and interest to Lender
4.   (A)  El Deudor Hipotecario hará un pago de principal más intereses, al Acreedor Hipo-

on the first day of each month beginning on August ~~~~~~~~~~~~, 1997~~~~.  Any
tecario el primer día de cada mes, comenzando en agosto ~~~~~~~ de 1997~~~.  Cualquier prin-

principal and interest remaining on the first day of July~~~~~~, 2027~~, will
cipal más intereses adeudados al día primero de Julio ~~~~~~~~~~del 2027~~~~, vencerá en esa

be due on that date, which is called the maturity date.- - - - - - - - - - - - - - - -
misma fecha que es denominada la fecha de vencimiento.- - - - - - - - - - - - - - - - - - -

     (B)  Payment shall be made at the address notified to Borrower at
     (B)  El pago será efectuado en la dirección notificada al Deudor Hipotecario en el

closing or at such place as Lender may designate in writing by notice to
cierre o en cualquier otro lugar que el Acreedor Hipotecario designe por escrito con notifi-

Borrower.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
cación al Deudor Hipotecario.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     (C)  Each monthly payment of principal and interest will be in the
     (C)  Cada pago mensual de principal más intereses será por la cantidad de ~~~~~~~~~~~

amount of SIX HUNDRED FORTY SIX POINT TWENTY SIX DOLLARS ~~~~~~~~~ (U.S.$646.26 ~~~~~).
SEISCIENTOS CUARENTA Y SEIS PUNTO VEINTISEIS DOLARES ~~~~~~~~~~~~~~~~ (U.S.$646.26 ~~~~~).

Page 1 of 4                                PR Form Rev August 1996

This amount will be part of a larger monthly payment required by the Secu-
Esta cantidad es parte de un pago mensual mayor, requerido por la Hipoteca que será apli-

rity Instrument, that shall be applied to principal, interest and other
cado al principal, intereses y a otros conceptos en el orden descrito en la Hipoteca.--------

items in the order described in the Security Instrument. ------------------

5.   Borrower has the right to pay the debt evidenced by this Note, in
5.   El Deudor Hipotecario tiene el derecho de pagar la deuda evidenciada por este Pagaré,

whole or in part, without charge or penalty, on the first day of any month.
total o parcialmente, sin recargo ni penalidad, el primer día de cualquier mes.  El Acreedor

Lender shall accept prepayment on other days provided that Borrower pays
Hipotecario aceptará el prepago cualquier otro día siempre que el Deudor Hipotecario pague

interest on the amount prepaid for the remainder of the month to the extent
intereses en la cantidad prepagada por el resto del mes requerido por el Acreedor Hipotecario.

required by Lender and permitted by regulations of the Secretary.   If
y permitido por la reglamentación del Secretario.  Si el Deudor Hipotecario hace prepagos

Borrower makes a partial prepayment, there will be no changes in the due
parciales, no habrá cambios en la fecha de vencimiento o la cantidad de pago mensual a menos

date or in the amount of monthly payment unless Lender agrees in writing to
que el Acreedor Hipotecario acepte los cambios por escrito.-----------------------------

those changes.---------------------------------------------------------------

6.   (A)   If Lender has not received the full monthly payment required by
6.   (A)   Si el Acreedor Hipotecario no hubiere recibido el pago total mensual requerido

the Security Instrument, as described in Paragraph 4(C) of this Note, by
por la Hipoteca, tal como se describe en el párrafo 4(c) de este Pagaré, al cabo de quince

the end of fifteen (15) calendar days after the payment is due, Lender may
(15) días calendarios después del vencimiento del pago, el Acreedor Hipotecario podrá cobrar

collect a late charge in the amount of four percent (4.00%) of the overdue
un recargo por demora en la cantidad de un cuatro por ciento (4.00%) de la suma atrasada de

amount of each payment.---------------------------------------------------------
cada pago.--------------------------------------------------------------------

(B)   If Borrower defaults by failing to pay in full any monthly pay-
(B)   Si el Deudor Hipotecario incumpliere por no efectuar el pago completo de cual---

ment, then Lender may, except as limited by regulations of the Secretary
quier pago mensual, entonces, el Acreedor Hipotecario podrá, sujeto a las limitaciones regla-

in the case of payment defaults, require immediate payment in full of the
mentarias del Secretario para el caso de incumplimiento por falta de pago, exigir el pago

principal balance remaining due and all accrued interest.   Lender may
total inmediato del saldo impagado del principal y de todos los intereses acumulados.  El

choose not to exercise this option without waiving its rights in the event
Acreedor Hipotecario podrá elegir no ejercitar esta opción sin renunciar a sus derechos en

of any subsequent default.   In many circumstances regulations issued by the
caso de cualquier incumplimiento subsiguiente.  En muchas circunstancias las reglamentaciones

Secretary will limit Lender's rights to require immediate payment in full
emitidas por el Secretario limitan los derechos del Acreedor Hipotecario para exigir el pago

in the case of payment defaults.   This Note does not authorize acceleration
total inmediato por incumplimiento en el pago de plazos vencidos. Este Pagaré no autoriza la

when not permitted by HUD regulations.   As used in this Note, "Secretary"
aceleración de su vencimiento cuando los reglamentos de HUD no lo permitan.  Tal como se usa

means the Secretary of Housing and Urban Development or his or her
en este Pagaré, la palabra "Secretario" significa el Secretario del Departamento de

designee.--------------------------------------------------------------------
Desarrollo Urbano y Vivienda de los Estados Unidos de América o su representante.------------

--------------------------------------------------------------------------------

(C)  Si el Acreedor Hipotecario requiere el pago total inmediato, según se describe

above, Lender may require Borrower to pay costs and expenses including rea-
anteriormente, podrá requerirle al Deudor Hipotecario que pague costas y gastos, incluyendo

sonable and customary attorney's fees for enforcing this Note to the extent
honorarios de abogado razonables y acostumbrados, hasta el máximo por la ley aplicable para

not prohibited by applicable law.  Such fees and costs shall bear interest
exigir el cumplimiento de este Pagare.  Dichos honorarios, costas y gastos devengarán

from the date of disbursement at the same rate as the principal of this
intereses, desde el día de su desembolso, al mismo tipo que el principal de este Pagaré.--
Note.----------------------------------------------------------------------------
----------------------------------------------------------------------------------

7.    Borrower and any other person who has obligations under this Note
7.    El Deudor Hipotecario y cualquier otra persona que esté obligada bajo este Pagaré,

waive the rights of presentment and notice of dishonor.  "Presentment"
renuncian a los derechos de presentación y aviso de rechazo.  "Presentación" significa el

means the right to require Lender to demand payment of amounts due.
derecho de requerirle al Acreedor Hipotecario que demande el pago de las cantidades vencidas.

"Notice of Dishonor" means the right to require Lender to give notice to
"Aviso de Rechazo" significa el derecho de requerirle al Acreedor Hipotecario notificar a

other persons that amounts due have not been paid.----------------------------
otras personas que las cantidades vencidas no han sido pagadas.-----------------------

8.    Unless applicable law requires a different method, any notice that
8.    Salvo que el Derecho aplicable requiera un método distinto, cualquier notificación que

must be given to Borrower under this Note will be given by delivering it or
deba hacerse al Deudor Hipotecario bajo este Pagaré se hará mediante entrega o por correo de

by mailing it by first class mail to Borrower at the Property address below
primera clase, dirigida al Deudor Hipotecario, a la dirección de la Propiedad abajo indicada

or at a different address if Borrower has given Lender a notice of Borrow-
o a una dirección diferente, si el Deudor Hipotecario le ha notificado al Acreedor Hipoteca-

er's different address.------------------------------------------------------
rio de una dirección diferente.------------------------------------------------------

Any notice that must be given to Lender under this Note will be given
Cualquier notificación que se deba hacer al Acreedor Hipotecario bajo este Pagaré le

by first class mail to Lender at the address stated in Paragraph 4(B) or at
será hecha por correo de primera clase a la dirección expresada en el Párrafo 4(B) o a una

a different address if Borrower is given a notice of that different
dirección diferente si al Deudor Hipotecario le ha sido notificada una dirección diferente.--

address.----------------------------------------------------------------------
----------------------------------------------------------------------------------

9.    If more than one person signs this Note, each person is fully and
9.    Si más de una persona firma este Pagaré, cada una queda total y personalmente obligada

personally obligated to keep all of the promises made in this Note, includ-
a cumplir todos los compromisos contraídos en este Pagaré, incluyendo el de pagar la cantidad

ing the promise to pay the full amount owed.  Any person who is a guaran-
total adeudada.  Cualquier persona que sea garantizadora, fiadora o endosante de este Pagaré

tor, surety or endorser of this Note is also obligated to do these things.
está también obligada a cumplir lo estipulado.  Cualquier persona que asuma estas obligacio-

Any person who takes over these obligations, including the obligations of a
nes, incluyendo las obligaciones de un garantizador, fiador o endosante de este Pagaré, tam-

guarantor, surety or endorser of this Note, is also obligated to keep all
bién esta obligada a cumplir todos los compromisos contraídos en el mismo.  El Acreedor

of the promises made in this Note.  Lender may enforce its rights under
Hipotecario podrá hacer valer sus derechos bajo este Pagaré en contra de cada persona indivi-

this Note against each person individually or against all signatories

PR Form Rev August 1996

dualmente o en contra de todos los signatarios conjuntamente.  A cualquier suscribiente de
together.  Any one person signing this Note may be required to pay all of
este Pagaré le podrá ser requerido el pago de todas las cantidades adeudadas bajo el mismo.

the amounts owed under this Note.----------------------------------------------
--------------------------------------------------------------------------------

BY SIGNING BELOW, Borrower accepts and agrees to the terms and cove-
AL SUSCRIBIR este Pagaré el Deudor Hipotecario acepta y está de acuerdo con los térmi-
nants contained in this Note.--------------------------------------------------
nos y pactos contenidos en el mismo.-------------------------------------------

This Note is secured by a mortgage executed by Deed number 509 ---------
Este Pagaré está garantizado por Hipoteca constituida por la Escritura Número 509 ----
of this same date before the subscribing Notary.------------------------------
otorgada en esta misma fecha ante el Notario suscribiente.--------------------

In San Juan --------------- , Puerto Rico, on  July 3, ------------------ 1997
En San Juan ------------------, Puerto Rico, a   3  de julio ---------- de 19 97

NELSON RODRIGUEZ ORTIZ

MELISSA DE HOSTOS ALVAREZ

Borrower (s)
Deudor(es) Hipotecario(s)
OSCAR OSARIS RIOS HERNANDEZ (testigo de
conocimiento)

AD-9 Calle Almira Dev.
Cataño, P. R.   00962

Property Address
Dirección de la Propiedad

Affidavit Number  3,360
Afidávit Número    3,360

Before me, the Notary, subscribed to and acknowldged by the appearing party(ies),
duly identified.  San Juan, Puerto Rico, this 3rd------of July 1997.

MARIA EUGENIA TORRES GREGORY
PUERTO RICO
NOTARY PUBLIC
ABOGADA * NOTARIO

Pay to the order of

without recourse
BANCO POPULAR DE PUERTO RICO

---EXPEDI primera copia ---
certificada a petición de--
BANCO POPULAR DE PUERTO ---
RICO, en la misma fecha de--
su otorgamiento. ----------
DOY FE.--------------------



-----NOTARIO PUBLICO-------

FHA CASE NO. 501-5397044-703

---NUMBER FIVE HUNDRED NINE (509) ----------------------
---Número QUINIENTOS NUEVE (509) ~~~~~~~~~~~~~~~~~~~~~~~

-----------------FIRST MORTGAGE-----------------
----------------------PRIMERA HIPOTECA----------------------

---In San Juan ---------------, Commonwealth of Puerto
---En San Juan -------------------, Estado Libre Asociado de

Rico, this third ------------ day of July-------------
Puerto Rico, el día tres -------de julio ------------- de Mil

Nineteen Hundred and Ninety-Seven. --------------------
Novecientos Noventa y Siete. ----------------------------

----------------------BEFORE ME--------------------
------------------------ANTE MI----------------------------

---MARIA EUGENIA TORRES GREGORY -------, Notary Public in
---MARIA EUGENIA TORRES GREGORY ----------, Notario Público de

Puerto Rico, with offices at San Juan ----------------
Puerto Rico, con oficinas en San Juan ----------------------

and residence in San Juan --------------, Puerto Rico.
y residencia en San Juan --------------------, Puerto Rico.

----------------------APPEAR--------------------------
------------------------COMPARECEN----------------------

---The parties mentioned in Paragraphs Ninth and
---Las partes nombradas en los Párrafos Noveno y Décimo de esta

Tenth of this Deed, hereinafter called the "Bor-
Escritura, denominadas de aquí en adelante "Deudor Hipotecario"

rower" and the "Lender", whose personal circum-
y "Acreedor Hipotecario", cuyas circunstancias personales apa-

stances are set forth in said paragraphs.---------
recen en dichos párrafos.----------------------------------

---The appearing parties assure me that they are
Asegúranme los comparecientes hallarse en el pleno goce de sus

in the full exercise of their civil rights without
derechos civiles, sin que me conste nada en contrario, y

anything to the contrary being known to me, and
teniendo a mi juicio la capacidad legal necesaria para este

being in my judgment legally competent to execute
otorgamiento, libremente---------------------------------

this document, they freely--------------------------
--------------------------------------------------------

---------------STATE AND COVENANT----------------
--------------------DECLARAN Y CONVIENEN---------------

**FIRST:** That the Borrower is the owner of the
PRIMERO: Que el Deudor Hipotecario es dueño de la propiedad o

property or properties described in Paragraph
propiedades descritas en el Párrafo Octavo de esta Escritura,

Eighth of this Deed, hereinafter called the "Prop-
denominada en lo sucesivo la "Propiedad" y tiene el derecho

erty" and has the right to mortgage the Property;
de hipotecar la Propiedad; que la Propiedad está libre de

that the Property is unencumbered, except for
cargas y gravámenes, excepto por las cargas inscritas y que el

encumbrances of record and that the Borrower will
Deudor Hipotecario garantizará y defenderá su título a la Pro-

warrant and defend the title to the Property
piedad contra toda reclamación y demanda.----------------------

against all claims and demands.--------------------
-------------------------------------------------------------

**SECOND:**   That as evidence of a loan received from
SEGUNDO:  Que como evidencia de un préstamo recibido del Acree-

Lender, the Borrower as of this date has sub-
dor Hipotecario, el Deudor Hipotecario ha suscrito en esta

scribed a promissory note in the sum of NINETY SEVEN--
misma fecha un pagaré por la suma de NOVENTA Y SIETE MIL ------

THOUSAND ONE HUNDRED THIRTY SEVEN ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
CIENTO TREINTA Y SIETE ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Dollars (US $97,137.00 --------------) with interest at
Dólares (US $ 97,137.00 ------------) con intereses a razón del

the rate of Seven ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ percent
Siete ~~~~~~~~~~~~~~~~~~~~ por ciento ( 7 ~~~~~~~~~ %) anual,

( 7 ~~~~~ %) per annum until the total satisfaction
hasta el saldo total del mismo, pagadero a favor de -----------

of the same, payable to BANCO POPULAR DE PUERTO RICO --
BANCO POPULAR DE PUERTO RICO ----------------- o a su orden y

-----------------------------or its order, the principal
pagadero el principal e intereses en plazos mensuales ---------

and interest being payable in monthly installments
de SEISCIENTOS CUARENTA Y SEIS PUNTO VEINTISEIS ~~~~~~~~~~~~~~~

of SIX HUNDRED FORTY SIX POINT TWENTY SIX ~~~~~~~~~~~~~~~~~~~~
-------------------------------------------------------------

Dollars (US $ 646.26 ~~~~~~~ ) commencing on the first
Dólares (US $ 646.26 ~~~~~~~~~~~~) comenzando el día primero de

day of August~~~~~~~~~~~~ Nineteen Hundred Ninety-Seven--
agosto------------ de Mil Novecientos Noventa y Siete ---------

(1997--) and a like amount on the first day of each
(1997-) e igual cantidad en cada uno de los días primero de

succeeding month until full payment of the debt,
cada mes subsiguiente hasta el pago total de la deuda, la cual

which if not paid earlier, will be totally due and
si no es pagada antes, será totalmente vencedera y pagadera el

payable on the first day of July ---------------, Two
primer día de julio --------------- del----------------------

Thousand Twenty Seven ~~~~~~~~~(2027~~) authenticated by
Dos Mil Veintisiete ~~~~~~~~~~~~~ (2027~~~) autenticado por el

the authorizing Notary, as per Affidavit Number
Notario autorizante, bajo Afidávit Número 3,360 ~~~~~~~~~~~~~~~

3,360 ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**THIRD:**   In order to guarantee the total and com-
TERCERO:  Con el propósito de garantizar el total y completo

plete payment of the debt as evidenced by the
pago de la deuda que evidencia el pagaré descrito anteriormente,

above described promissory note, as well as each
así como todas y cada una de las condiciones que el mismo con-

and every one of the conditions therein contained,
tiene, y para garantizar además tres sumas adicionales de ---

and to further secure three additional amounts of
---------------------------------------------------------

NINE THOUSAND SEVEN HUNDRED FIFTY DOLLARS (9,750.00)---- each,
NUEVE MIL SETECIENTOS CINCUENTA DOLARES ($9,750.00) cada una,

which are stipulated to cover (a) interest in ad-
que se fijan para cubrir (a) intereses además de los garanti-

dition to those secured by law, (b) the amount
zados por la ley, (b) la suma que el deudor se obliga a satis-

which the debtor undertakes to pay as a liquidated
facer como suma líquida sin necesidad de liquidación y apro-

amount without necessity for liquidation and ap-
bación por el tribunal para costas, gastos y honorarios de

proval by the court to cover costs, expenses and
abogado para el caso de que el tenedor del pagaré tome acción

attorney's fees in the event the holder of the
judicial en ejecución de hipoteca y (c) cualesquiera otros ade-

Note has to take recourse to foreclose or judicial
lantos que puedan hacerse dentro de este contrato además de las

collection, and (c) any other advances that may be
cantidades que el pagaré expresa, el Deudor Hipotecario por la

made under this contract in addition to the
presente constituye una Primera Hipoteca (Hipoteca) sobre la

amounts stated in the Note, the Borrower hereby
Propiedad que ha sido descrita en el Párrafo Octavo, incluyendo

constitutes a First Mortgage (Security Instrument)
todas sus edificaciones, maquinarias, instalaciones y cualquier

on the Property described in Paragraph Eighth,
otro edificio o edificios y estructuras que se construyan en la

including all of its buildings, machinery, in-
Propiedad así como cualquier otra maquinaria o instalaciones

stallations and any other building or buildings
que se coloquen en la Propiedad o en los edificios que existan

and structures that may be constructed on it as
en la misma, o que sean construidas allí en el futuro, durante

well as any other machinery or installations that
la vigencia de esta hipoteca, incluyendo todos sus usos, servi-

may be placed on the Property or in the buildings
dumbres y demás pertenencias, así como sus rentas y productos

existing on the same or which may be constructed
de las mismas y todos los aparatos e instalaciones de cualquier

thereon in the future, during the period of time
clase para suplir y distribuir calor, refrigeración, alumbrado,

that the mortgage is in effect, including all of
calefacción, agua o energía y todo el servicio e instalaciones

its uses, servitudes and other appurtenances, as
necesarias instaladas o que se instalen en el futuro en la Pro-



Puerto Rico Revised Form August 1996

well as its rents and the product of the same and all
piedad y en general sobre todo derecho de propiedad, título e interés

apparatus and installations of any kind for the fur-
que tenga el otorgante sobre la Propiedad.------------------------

nishing and distribution of heat, refrigeration, light,
------------------------------------------------------------

water or power and all the services and necessary
------------------------------------------------------------

installations presently installed upon or which may
------------------------------------------------------------

be in the future installed upon the Property and in
------------------------------------------------------------

general upon all of the property rights, title and
------------------------------------------------------------

interest that the executing party may have in the
------------------------------------------------------------

Property.---------------------------------------------------
------------------------------------------------------------

**FOURTH:** Borrower and Lender further covenant and agree
**CUARTO:** El Deudor Hipotecario y el Acreedor Hipotecario pactan

as follows:--------------------------------------------------
y convienen, además:-----------------------------------------

---1. Payment of Principal, Interest and Late Charge.-
---1. Pago de Principal, Intereses y Recargos por Demora. El Deudor

Borrower shall pay when due the principal of, and
Hipotecario pagará puntualmente, a su vencimiento, el principal

interest on the debt evidenced by the Note and late
más los intereses sobre la deuda evidenciada por el Pagaré y los

charges due under the Note.----------------------------------
recargos por demora adeudados conforme al Pagaré.------------

---2. Monthly Payment of Taxes, Insurance and Other
---2. Pago Mensual de Contribuciones, Seguros y Otros Cargos.

Charges. Borrower shall include in each monthly pay-
El Deudor Hipotecario incluirá con cada pago mensual, junto con

ment, together with the principal and interest as set
el principal e intereses pactados en el Pagaré y cualquier recargo

forth in the Note and any late charges, a sum for
por demora adeudado, una suma para (a) contribuciones tasadas o

(a) taxes and special assessments levied or to be
impuestas o a ser tasadas o impuestas sobre la Propiedad, (b) pagos

levied against the Property, (b) leasehold payments
de cánones de arrendamiento o de renta para el terreno donde ubica

or ground rents on the Property, and (c) premiums for
la Propiedad, y (c) primas de seguro requeridas en el Párrafo 4.

insurance required under Paragraph 4. In any year
En cualquier año en que el Acreedor Hipotecario deba pagar una

in which the Lender must pay a mortgage insurance
prima de seguro al Secretario de-----------------------------

premium to the Secretary-------------------------------------

of Housing and Urban Development ("Secretary"), or
Desarrollo Urbano y Vivienda ("Secretario"), o en cualquier año

in any year in which such premium would have been
en que dicha prima pudiese ser requerida si el Acreedor Hipote-

required if Lender still held the Security Instru-
cario aún es el tenedor del Instrumento Garantizador, cada pago

ment, each monthly payment shall also include
mensual incluirá cualquier de: (i) una suma igual a la prima

either: (i) a sum for the annual mortgage insur-
de seguro anual a ser pagada por el Acreedor Hipotecario al

ance premium to be paid by Lender to the Secre-
Secretario, o (ii) un cargo mensual en lugar de la prima de

tary, or (ii) a monthly charge instead of a mort-
seguro si el Instrumento Garantizador retenido por el Secreta-

gage insurance premium if this Security Instrument
rio es una suma razonable determinada por el Secretario.

is held by the Secretary, in a reasonable amount
Excepto por el cargo mensual impuesto por el Secretario, estos

to be determined by the Secretary. Except for the
conceptos se llamarán "Partidas de Plica" y los fondos pagados

monthly charge by the Secretary, these items are
al Acreedor Hipotecario se llamarán "Fondos en Plica".---------

called "Escrow Items" and the sums paid to lender
----------------------------------------------------------------

are called "Escrow Funds."-----------------------------
----------------------------------------------------------------

---Lender may, at any time, collect and hold
---El Acreedor Hipotecario podrá, en cualquier momento, cobrar

amounts for Escrow Items in an aggregate amount
y retener Partidas de Plica en una cantidad agregada que no

not to exceed the maximum amount that may be
excederá la suma máxima que pudiese ser requerida para la

required for Borrower's escrow account under the
cuenta de plica del Deudor Hipotecario bajo el "Real Estate

Real Estate Settlement Procedures Act of 1974,
Settlement Procedures Act" del 1974, 12 U.S.C. § 2601 et seq. y

12 U.S.C. § 2601 et seq. and implementing regula-
sus Reglamentos, 24 C.F.R. Part 3500, según sean enmendados de

tions, 24 C.F.R. Part 3500, as they may be amended
tiempo en tiempo ("RESPA"), excepto que la reserva permitida

from time to time ("RESPA"), except that the
por RESPA para desembolsos no anticipados o desembolsos hechos

cushion or reserve permitted by RESPA, for unan-
con anterioridad a la disponibilidad de los fondos del Deudor

ticipated disbursements or disbursements made
Hipotecario en la cuenta no podrán estar basados en las canti-

before the Borrower's payments are available in
dades vencidas para la prima de seguro de hipoteca.-----------

the account may not be based on amounts due for
----------------------------------------------------------------





the mortgage insurance premium.--------------------
----------------------------------------------------

---If the amounts held by Lender for Escrow Items
---Si las cantidades retenidas por el Acreedor Hipotecario para

exceed the amounts permitted to be held by RESPA,
las Partidas de Plica excedieran las cantidades permitidas por

Lender shall account to borrower for the excess
RESPA, el Acreedor Hipotecario dispondrá del exceso de los fon-

funds as required by RESPA.-------------------------
dos en la forma requerida por RESPA.-----------------------

---If the amounts of funds held by Lender at any
---Si los fondos retenidos por el Acreedor Hipotecario en cual-

time is not sufficient to pay the Escrow Items
quier momento no fuesen suficientes para pagar las Partidas

when due, Lender may notify the Borrower and re-
de Plica a su vencimiento, el Acreedor Hipotecario podrá noti-

quire Borrower to make up the shortage as permit-
ficar y requerir al Deudor Hipotecario pagar la diferencia

ted by RESPA.--------------------------------------
según permitido por RESPA.----------------------------------

---The Escrow Funds are pledged as additional
---Los Fondos en Plica se pignoran como garantía adicional a

security for all sums secured by this Security
todas las sumas aseguradas por esta Hipoteca.  Si el Deudor

Instrument.   If Borrower tenders to Lender the
Hipotecario satisface al Acreedor Hipotecario dichas sumas,

full payment of all such sums, Borrower's account
la cuenta del Deudor Hipotecario se acreditará por el balance

shall be credited with the balance remaining for
pendiente en las partidas (a), (b) y (c) y cualquier plazo de

all installment items (a), (b) and (c) and any
prima de seguro que el Acreedor Hipotecario no ha sido obligado

mortgage insurance premium installment that Lender
a pagar al Secretario, y el Acreedor Hipotecario reembolsará

has not become obligated to pay to the Secretary,
prontamente el exceso de los fondos al Deudor Hipotecario.

and Lender shall promptly refund any excess funds
Inmediatamente antes de la venta mediante la ejecución de la

to Borrower.   Immediately prior to a foreclosure
hipoteca de la Propiedad o su adquisición por el Acreedor Hipo-

sale of the Property or its acquisition by Lender,
tecario, la cuenta del Deudor Hipotecario deberá acreditarse

Borrower's account shall be credited with any bal-
con cualquier balance resultante de todas las partidas (a), (b)

ance remaining for all installments for items (a),
y (c).---------------------------------------------

(b) and (c).---------------------------------------
----------------------------------------------------

---3.  Application of Payments. All payments under
---3.  Aplicación de Pagos.  Todos los pagos bajo los Párrafos

Paragraphs 1 and 2 shall be applied by Lender as
1 y 2 serán aplicados por el Acreedor Hipotecario como sigue:--

follows:------------------------------------------------
---------------------------------------------------------

---<u>First</u>, to the mortgage insurance premium to be
---<u>Primero</u>, a la prima del seguro hipotecario a ser pagada por

paid by Lender to the Secretary or to the monthly
el Acreedor Hipotecario al Secretario o al cargo mensual paga-

charge by the Secretary instead of the monthly
dero al Secretario en lugar de la prima mensual del seguro

mortgage insurance premium;--------------------------
hipotecario;---------------------------------------------

---<u>Second</u>, to any taxes, special assessments,
---<u>Segundo</u>, a cualquier tipo de contribuciones, impuestos

leasehold payments or ground rents, and fire,
especiales, cánones de arrendamiento o renta por el uso del

flood and other hazard insurance premiums, as
suelo donde ubica la Propiedad y las primas de seguro contra

required;---------------------------------------------
fuego, inundaciones y otros riesgos, según requeridas;--------

---<u>Third</u>, to interest due under the Note;--------
---<u>Tercero</u>, a intereses vencidos conforme el Pagaré.-----------

---<u>Fourth</u>, to amortization of the principal of the
---<u>Cuarto</u>, a la amortización del principal del Pagaré; y------

Note; and-----------------------------------------------
---------------------------------------------------------

---<u>Fifth</u>, to late charges due under the Note.-----
---<u>Quinto</u>, a los recargos por demora adeudados conforme el
---------------------------------------------------------
Pagaré.--------------------------------------------------

---4. <u>Fire, Flood and Other Hazard Insurance</u>.
---4. <u>Seguros Contra Fuego, Inundaciones y Otros Riesgos</u>. El

Borrower shall insure all improvements on the
Deudor Hipotecario asegurará las mejoras ahora existentes o

Property, whether now in existence or subsequently
subsiguientemente edificadas sobre la Propiedad, contra ries-

erected, against any hazards, casualties and
gos, pérdidas y contingencias, incluyendo fuego, para los cua-

contingencies, including fire, for which Lender
les el Acreedor Hipotecario exige seguro. Dicho seguro será

requires insurance. This insurance shall be main-
mantenido en las cantidades y por los plazos que el Acreedor

tained in the amounts and for the periods that
Hipotecario requiera. El Deudor Hipotecario también asegurará

Lender requires. Borrower shall also insure all
las mejoras ahora existentes en la Propiedad o eregidas subsi-

improvements on the Property, whether now in
guientemente, contra pérdidas por inundaciones hasta donde lo

existence or subsequently erected, against loss by
requiera el Secretario. Todo seguro será proporcionado por



flood to the extent required by the Secretary.
compañías de seguro aprobadas por el Acreedor Hipotecario. Las

All insurance shall be carried with companies
pólizas de seguro y sus renovaciones serán retenidas por el

approved by Lender. The insurance policies and
Acreedor Hipotecario e incluirán cláusulas de pago por pérdidas

any renewals shall be held by Lender and shall
a favor de, y en forma aceptable al Acreedor Hipotecario.------

include loss payable clauses in favor of, and in a
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

form acceptable to, Lender.----------------------
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

---In the event of loss, Borrower shall give
---En caso de pérdida, el Deudor Hipotecario notificará de

Lender immediate notice by mail. Lender may make
inmediato por correo al Acreedor Hipotecario. El Acreedor

proof of loss if not made promptly by Borrower.
Hipotecario podrá presentar prueba de su pérdida si el Deudor

Each insurance company concerned is hereby author-
Hipotecario no lo hiciere prontamente. Cada compañía de seguro

ized and directed to make payments for such loss
concernida queda por la presente autorizada y ordenada para que

directly to Lender, instead of to borrower and to
efectúe el pago por tales pérdidas directamente al Acreedor

Lender jointly.-----------------------------------
Hipotecario en lugar de hacerlo al Deudor Hipotecario y al
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Acreedor Hipotecario conjuntamente.----------------------------

---All or any part of the insurance proceeds may
---Todo o cualquier parte del producto del seguro puede ser

be applied by Lender at its option, either (a) to
aplicado por el Acreedor Hipotecario, a opción suya, (a) a la

the reduction of the indebtedness under the Note
reducción de la deuda bajo el Pagaré y esta Hipoteca, primero a

and this Security Instrument, first to any delin-
las cantidades atrasadas, aplicado en el orden indicado en el

quent amounts applied in the order in Paragraph 3,
Párrafo 3 y luego al pre-pago de principal, o (b) a la restau-

and then to prepayment of principal, or (b) to the
ración o reparación de la Propiedad damnificada. Cualquier

restoration or repair of the damaged property.
aplicación del producto del seguro al principal no extenderá ni

Any application of the proceeds to the principal
pospondrá la fecha de vencimiento de los pagos mensuales a que

shall not extend or postpone the due date of the
se hace referencia en el Párrafo 2, ni cambiará la suma de di-

monthly payments which are referred to in Para-
chos pagos. Cualquier exceso en el producto del seguro sobre

graph 2, or change the amount of such payments.
la cantidad requerida para pagar la totalidad de la deuda bajo

Any excess insurance proceeds over an amount
el Pagaré y esta Hipoteca será pagadero a la entidad con dere-

required to pay all outstanding indebtedness under
cho a ese pago.-----------------------------------------------

the Note and this Security Instrument shall be
---------------------------------------------------------------

paid to the entity legally entitled thereto.------------
---------------------------------------------------------------

---In the event of foreclosure of this Security
---En caso de ejecución de esta Hipoteca o de cualquier otra

Instrument or other transfer of title to the
transferencia del título de la Propiedad que extinga la deuda,

Property that extinguishes the indebtedness, all
todo derecho, título e interés del Deudor Hipotecario en póli-

right, title and interest of Borrower in and to
zas de seguro vigentes pasarán al comprador.------------------

insurance policies in force shall pass to the
---------------------------------------------------------------

purchaser.-----------------------------------------------------
---------------------------------------------------------------

---5. Occupancy, Preservation, Maintenance and
---5. Ocupación, Preservación, Mantenimiento y Protección de

Protection of the Property; Borrower's Loan Appli-
la Propiedad; Solicitud de Préstamo del Deudor Hipotecario,

cation; Leaseholds. Borrower shall occupy, estab-
Arrendamientos. El Deudor Hipotecario deberá ocupar, estable-

lish, and use the Property as Borrower's principal
cer y usar la Propiedad como su residencia principal dentro de

residence within sixty days after the execution of
los sesenta días siguientes al otorgamiento de esta Hipoteca (o

this Security Instrument (or within sixty days of
dentro de sesenta días siguientes a una venta o cesión subsi-

a later sale or transfer of the Property) and
guiente de la Propiedad) y deberá continuar ocupando la Propie-

shall continue to occupy the Property as Borrow-
dad como su residencia principal hasta por lo menos un año des-

er's principal residence for at least one year
pués de la fecha de ocupación de la misma, a menos que el

after the date of occupancy, unless Lender deter-
Acreedor Hipotecario determine que este requerimiento puede

mines that requirement will cause undue hardship
causar problemas excesivos al Deudor Hipotecario, o a menos que

for Borrower, or unless extenuating circumstances
existan circunstancias atenuantes que estén fuera del control

exist which are beyond Borrower's control.
del Deudor Hipotecario. El Deudor Hipotecario deberá notificar

Borrower shall notify Lender of any extenuating
al Acreedor Hipotecario de cualquiera de estas circunstancias

circumstances. Borrower shall not commit waste or
atenuantes. El Deudor Hipotecario no causará menoscabo, ni



destroy, damage or substantially change the Prop-
destruirá, dañará ni sustancialmente alterará la Propiedad

erty or allow the Property to deteriorate, reason-
ni permitirá que la Propiedad se deteriore excepto por el uso y

able wear and tear excepted. Lender may inspect
desgaste normal. El Acreedor Hipotecario podrá inspeccionar

the Property if the Property is vacant or aban-
la Propiedad si estuviese desocupada o abandonada o si hubiese

doned or the loan is in default. Lender may take
incumplimiento del préstamo. El Acreedor Hipotecario podrá

reasonable action to protect and preserve such
tomar aquella acción razonable que sea necesaria para proteger

vacant or abandoned Property. Borrower shall also
y cuidar dicha Propiedad desocupada o abandonada. El Deudor

be in default if Borrower, during the loan appli-
Hipotecario también estará en incumplimiento si durante el pro-

cation process, gave materially false or inaccu-
ceso de solicitar el préstamo hubiese dado al Acreedor Hipote-

rate information or statements to Lender (or
cario información o declaraciones materialmente falsas o in-

failed to provide Lender with any material infor-
exactas (o dejara de proveer al Acreedor Hipotecario informa-

mation) in connection with the loan evidenced by
ción pertinente o necesaria) en relación con el préstamo evi-

the Note, including, but not limited to, represen-
denciado por el Pagaré, incluyendo, pero sin limitarse a,

tations concerning Borrower's occupancy of the
representaciones relacionadas con la ocupación por el Deudor

Property as a principal residence.----------------
Hipotecario de la Propiedad como su residencia principal.------

---If this Security Instrument is on a leasehold,
---Si esta Hipoteca recae sobre un derecho de arrendamiento, el

Borrower shall comply with the provisions of the
Deudor Hipotecario cumplirá con los términos de dicho arrenda-

lease.   If Borrower acquires fee title to the
miento. Si el Deudor Hipotecario adquiere título en pleno

Property, the leasehold and fee title shall not be
dominio sobre la Propiedad, el derecho de arrendamiento y el

merged unless Lender agrees to the merger in
título en pleno dominio no se consolidarán a menos que el

writing.------------------------------------------
Acreedor Hipotecario dé su consentimiento por escrito.---------

---6.   Condemnation.   The proceeds of any award or
---6.   Expropiación.  El producto de cualquier laudo o reclama-

claim for damages, direct or consequential, in
ción por daños, directos, emergentes o resultantes, en relación

connection with any condemnation or other taking
con cualquier expropiación forzosa o por traspaso en lugar de

of any part of the Property, or for conveyance in
expropiación, quedan por la presente cedidos y serán pagados al

place of condemnation, are hereby assigned and
Acreedor Hipotecario hasta la cantidad total adeudada bajo el

shall be paid to Lender to the extent of the full
Pagaré y esta Hipoteca.----------------------------------------

amount of the indebtedness that remains unpaid
-----------------------------------------------------------------

under the Note and this Security Instrument.
---------------------------------------------------

---Lender shall apply such proceeds to the reduc-
---El Acreedor Hipotecario aplicará dichos fondos a la reduc-

tion of the indebtedness under the Note and this
ción de la deuda bajo el Pagaré y esta Hipoteca, primero a

Security Instrument, first to any delinquent
cualquier cantidad atrasada, en el orden dispuesto en el

amount applied in the order provided in Para-
Párrafo 3 y luego al prepago del principal. Cualquier aplica-

graph 3, and then to prepayment of principal. Any
ción de los fondos al principal no extenderá ni pospondrá la

application of the proceeds to the principal shall
fecha de vencimiento de los pagos mensuales a que se hace

not extend or postpone the due date of the monthly
referencia en el Párrafo 2, ni cambiará la cantidad de dichos

payments, which are referred to in paragraph 2, or
pagos. Cualquier exceso en los fondos sobre la cantidad nece-

change the amount of such payments. Any excess
saria para pagar la totalidad de la deuda bajo el Pagaré y esta

proceeds over an amount required to pay all out-
Hipoteca será pagado a la entidad con derecho a recibirlo.-----

standing indebtedness under the Note and this
-----------------------------------------------------------------

Security Instrument shall be paid to the entity
-----------------------------------------------------------------

legally entitled thereto.-----------------------------
-----------------------------------------------------------------

---7. Charges to Borrower and Protection of
---7. Cargos al Deudor Hipotecario y Protección de los Dere-

Lender's Rights in the Property. Borrower shall
chos del Acreedor Hipotecario Sobre la Propiedad. El Deudor

pay all governmental or municipal charges, fines
Hipotecario pagará todo cargo, penalidad o impuesto guberna-

and impositions that are not included in Para-
mental o municipal que no esté incluido en el Párrafo 2. El

graph 2. Borrower shall pay these obligations on
Deudor Hipotecario pagará dichas obligaciones a tiempo direc-

time directly to the entity which is owed the
tamente a la entidad a la cual se le adeude dicho pago. Si la

payment. If failure to pay would adversely affect
falta de pago afectase adversamente el interés del Acreedor

Lender's interest in the Property, upon Lender's
Hipotecario en la Propiedad, el Deudor Hipotecario, a solici-



Page 11 of 31                    Puerto Rico Revised Form August 1996



request Borrower shall promptly furnish to Lender
tud del Acreedor Hipotecario, le suministrará prontamente los

receipts evidencing these payments.----------------
recibos que evidencien dichos pagos.------------------------

---If Borrower fails to make these payments or the
---Si el Deudor Hipotecario no hace dichos pagos o los requeri-

payments required by Paragraph 2, or fails to per-
dos bajo el Párrafo 2, o deja de cumplir con algún otro pacto o

form any other covenants and agreements contained
convenio contenido en esta Hipoteca, o si existiera un proce-

in this Security Instrument, or there is a legal
dimiento legal que pudiera afectar significativamente los

proceeding that may significantly affect Lender's
derechos del Acreedor Hipotecario sobre la Propiedad (tal como

rights in the Property (such as a proceeding in
un procedimiento de quiebra, de expropiación o para hacer valer

bankruptcy, for condemnation or to enforce laws or
las leyes o reglamentos), entonces, el Acreedor Hipotecario

regulations), then Lender may do and pay whatever
podrá hacer y pagar lo que sea necesario para proteger el valor

is necessary to protect the value of the Property
de la Propiedad y sus derechos sobre la misma, incluyendo el

and Lender's rights in the Property, including
pago de impuestos, seguro contra riesgos y otros renglones

payment of taxes, hazard insurance and other items
mencionados en el Párrafo 2.-------------------------------

mentioned in Paragraph 2.-------------------------
------------------------------------------------------------

---Any amounts disbursed by Lender under this
---Cualquier cantidad desembolsada por el Acreedor Hipotecario

Paragraph shall become an additional debt of
bajo este Párrafo se convertirá en una obligación adicional del

Borrower and be secured by this Security Instru-
Deudor Hipotecario y estará asegurada por esta Hipoteca.

ment. These amounts shall bear interest from the
Dichas cantidades devengarán intereses desde la fecha de desem-

date of disbursement at the Note's rate, and at
bolso, a la tasa del Pagaré y a opción del Acreedor Hipoteca-

the option of Lender shall be immediately due and
rio, advendrán vencederas y pagaderas inmediatamente.----------

payable.----------------------------------------------
------------------------------------------------------------

---Borrower shall promptly discharge any lien
---El Deudor Hipotecario liberará prontamente cualquier grava-

which has priority over this Security Instrument
men que tenga prioridad sobre esta Hipoteca a menos que el

unless Borrower: (a) agrees in writing to the
Deudor Hipotecario: (a) acuerde por escrito el pago de la

payment of the obligation secured by the lien in a
obligación que garantiza dicho gravamen de manera aceptable al

manner acceptable to Lender; (b) contests in good
Acreedor Hipotecario; (b) dispute de buena fe el gravamen o se

faith the lien by, or defends against enforcement
defienda de la ejecución del gravamen en procesos legales que

of the lien in legal proceedings which in the
en la opinión del Acreedor Hipotecario actúa para prevenir su

Lender's opinion operate to prevent the enforce-
ejecución; o (c) obtiene del portador del gravamen un acuerdo

ment of the lien; or (c) secures from the holder
satisfactorio al Acreedor Hipotecario subordinando el gravamen

of the lien an agreement satisfactory to Lender
a esta Hipoteca. Si el Acreedor Hipotecario determina que al-

subordinating the lien to this Security Instru-
guna parte de la Propiedad está sujeta al gravamen de rango

ment. If Lender determines that any part of the
superior a esta Hipoteca, el Acreedor Hipotecario notificará

Property is subject to a lien which may attain
al Deudor Hipotecario la identificación del gravamen. El Deu-

priority over this Security Instrument, Lender may
dor Hipotecario satisfacerá el gravamen o tomará una o más de

give Borrower a notice identifying the lien.
las acciones arriba mencionadas dentro de 10 días de la noti-

Borrower shall satisfy the lien or take one or
ficación.------------------------------------------------------

more of the actions set forth above within 10 days
--------------------------------------------------------------

of the giving of notice.--------------------------------------
-----------------------------------------------------------

---8.  **Fees**.  Lender may collect fees and charges
---8.  **Honorarios**.  El Acreedor Hipotecario podrá cobrar los

authorized by the Secretary.---------------------------------
honorarios y cargos autorizados por el Secretario.-----------

---9.  **Grounds for Acceleration of Debt**.-----------
---9.  **Bases para la Aceleración de la Deuda**.-----------------

---(a)  Default.  Lender may, except as limited by
---(a)  Incumplimiento.  El Acreedor Hipotecario podrá, sujeto

regulations issued by the Secretary in the case of
a las limitaciones contenidas en las reglamentaciones estable-

payment defaults, require immediate payment in
cidas por el Secretario para el caso de incumplimiento de

full of all sums secured by this Security Instru-
pagos, requerir el pago total inmediato de todas las sumas

ment if:-----------------------------------------------------
garantizadas por esta Hipoteca si:---------------------------

-----(i)  Borrower defaults by failing to pay in
-----(i)  El Deudor Hipotecario incumple al no pagar completa-

full any monthly payment required by this Security
mente cualquier pago mensual requerido por esta Hipoteca, en o

Instrument prior to or on the due date of the next
antes del vencimiento del pago mensual siguiente, o-----------

Page 13 of 31                    Puerto Rico Revised Form August 1996



monthly payment, or----------------------------------
-----------------------------------------------------

-----(ii) Borrower defaults by failing, for a
-----(ii) El Deudor Hipotecario incumple al dejar de efectuar

period of thirty days, to perform any other obli-
durante un término de treinta días, cualquier otra obligación

gations contained in this Security Instrument.----
contenida en esta Hipoteca.---------------------------

---(b) Sale Without Credit Approval. Lender
---(b) Venta sin Aprobación de Crédito. El Acreedor Hipoteca-

shall, if permitted by applicable law (including
rio podrá, si fuera permitido por el derecho aplicable (inclu-

section 341(d) of the Garn-St. Germain Depository
yendo la sección 341(d) de la Ley Garn-St. Germain Depository

Institutions Act of 1982, 12 U.S.C. § 1701j-3(d))
Institutions Act of 1982, 12 U.S.C. § 1701j-3(d)) y con la pre-

and with the prior approval of the Secretary,
via aprobación del Secretario, requerir el pago inmediato de la

require immediate payment in full of all sums
totalidad de todas las sumas garantizadas por esta Hipoteca

secured by this Security Instrument if:-----------
si:--------------------------------------------------

-----(i) All or part of the Property, or a bene-
-----(i) Todo o parte de la Propiedad, o una participación en

ficial interest in a trust owning all or part of
un fideicomiso dueño de todo o de parte de la Propiedad, es

the Property, is sold or otherwise transferred
vendida o de otra forma transferida por el Deudor Hipotecario

(other than by devise or descent), and-----------
(excepto por legado o herencia), y----------------------

-----(ii) The Property is not occupied by the
-----(ii) La Propiedad no está ocupada por el comprador o

purchaser or grantee as his or her principal resi-
cesionario como su residencia principal o, de estarlo, si su

dence, or the purchaser or grantee does so occupy
crédito no ha sido aprobado de acuerdo con los requisitos del

the Property, but his or her credit has not been
Secretario.--------------------------------------------

approved in accordance with the requirements of
-----------------------------------------------------

the Secretary.---------------------------------------
-----------------------------------------------------

---(c) No Waiver. If circumstances occur that
---(c) No Habrá Renuncia. Si ocurrieran circunstancias que

would permit Lender to require immediate payment
permitan al Acreedor Hipotecario requerir el pago total inme-

in full, but Lender does not require such payment,
diato y no lo hiciera, el Acreedor Hipotecario no renuncia sus

Lender does not waive its rights with respect to
derechos respecto a eventos subsiguientes.---------------

---10. <u>Reinstatement</u>. Borrower has a right to be
---10. <u>Reinstalación</u>. El Deudor Hipotecario tiene el derecho

reinstated if Lender has required immediate pay-
a que se le reinstale si el Acreedor Hipotecario le ha reque-

ment in full because of Borrower's failure to pay
rido el pago inmediato total debido a que el Deudor Hipotecario

an amount due under the Note or this Security
haya incumplido en el pago de cualquier suma adeudada bajo el

Instrument.  This right applies even after fore-
Pagaré o esta Hipoteca.  Este derecho aplica aún después de

closure proceedings are instituted.  To reinstate
haberse iniciado procedimiento de ejecución.  Para reinsta-

the Security Instrument, Borrower shall tender in
lar la Hipoteca, el Deudor Hipotecario deberá entregar, de una

a lump sum all amounts required to bring Borrow-
sola vez, todas las sumas requeridas para poner su cuenta al

er's account current including, to the extent they
día, incluyendo hasta donde sean obligaciones del Deudor Hipo-

are obligations of borrower under this Security
tecario bajo esta Hipoteca, costas de ejecución y honorarios

Instrument, foreclosure costs and reasonable and
de abogado razonables y acostumbrados y gastos propiamente

customary attorney's fees and expenses properly
asociados con el procedimiento de ejecución.  Luego de la re-

associated with the foreclosure of the proceeding.
instalación por el Deudor Hipotecario, esta Hipoteca y las

Upon reinstatement by Borrower, this Security
obligaciones que ella garantiza permanecerán en vigor como si

Instrument and the obligations that it secures
el Acreedor Hipotecario no hubiera requerido pago inmediato

shall remain in effect as if Lender had not
total.  Sin embargo, el Acreedor Hipotecario no está obligado

required immediate payment in full.  However,
a permitir la reinstalación si:  (i) el Acreedor Hipotecario

Lender is not required to permit reinstatement if:
ya ha aceptado una reinstalación después de haber comenzado

(i)  Lender has accepted reinstatement after the
un procedimiento de ejecución dentro de los dos años inme-

commencement of foreclosure proceedings within two
diatamente anteriores al comienzo del procedimiento de eje-

years immediately preceding the commencement of a
cución actual, (ii) la reinstalación impide una ejecución por

current foreclosure proceeding, (ii) reinstatement
razones diferentes en el futuro, o (iii) la reinstalación habrá

will preclude foreclosure on different grounds in
de afectar adversamente el rango del gravamen creado por esta

the future, or (iii) reinstatement will adversely
Hipoteca.---------------------------------------------------

affect the priority of the lien created by this
-----------------------------------------------------

subsequent events.---------------------------------
---------------------------------------------------

---(d) Regulations of HUD Secretary. In many
---(d) Reglamentos del Secretario de HUD. En muchas circuns-

circumstances regulations issued by the Secretary
tancias los reglamentos emitidos por el Secretario limitarán

will limit Lender's rights, in the case of payment
los derechos del Acreedor Hipotecario, en el caso de incum-

default, to require immediate payment in full and
plimiento, para requerir el pago total inmediato y para proce-

to foreclose if not paid. This Security Instru-
der a la ejecución si no lo satisfacen. Esta Hipoteca no auto-

ment does not authorize acceleration or foreclo-
riza aceleración de pago o ejecución de hipoteca a menos que

sure if not permitted by regulations of the
ello sea permitido por los reglamentos del Secretario.---------

Secretary.------------------------------------------
---------------------------------------------------

---(e) Mortgage not Insured. Borrower agrees
---(e) Hipoteca No Asegurada. El Deudor Hipotecario conviene

that if this Security Instrument and the Note are
que si esta Hipoteca y el Pagaré por ella garantizado no fueran

not determined to be eligible for insurance under
elegibles para ser asegurados bajo la Ley Nacional de Vivienda

the National Housing Act within ninety (90) days
dentro de noventa (90) días desde esta fecha, el Acreedor

from the date hereof, Lender, may at its option
Hipotecario podrá requerir, a opción suya, el pago total inme-

require immediate payment in full of all sums
diato de todas las sumas garantizadas por esta Hipoteca. La

secured by this Security Instrument. A written
declaración por escrito de cualquier agente autorizado del

statement of any authorized agent of the Secretary
Secretario fechada con posterioridad de noventa (90) días de

dated subsequent to ninety (90) days from the date
la fecha de ésta, negándose a asegurar esta Hipoteca y el

hereof, declining to insure this Security Instru-
Pagaré, se considerará prueba concluyente de tal inelegibi-

ment and the Note, shall be deemed conclusive
bilidad. No obstante lo anterior, esta opción no podrá ser

proof of such ineligibility. Notwithstanding the
ejercitada por el Acreedor Hipotecario cuando la no disponibi-

foregoing, this option may not be exercised by
lidad del seguro se deba únicamente a que dicho Acreedor..

Lender when the unavailability of insurance is
Hipotecario no haya remitido al Secretario la prima del seguro

solely due to Lender's failure to remit a mortgage
hipotecario.---------------------------------------

insurance premium to the Secretary.---------------
---------------------------------------------------



Security Instrument.------------------------------------
----------------------------------------------------

---11.  Borrower  Not  Released;  Forbearance  by
---11.  Deudor Hipotecario No Relevado; Indulgencia de Morosi-

Lender  not  a  Waiver.  Extension  of  the  time  of
dad por el Acreedor Hipotecario No Constituye Renuncia.  La

payment  or  modification  of  amortization  of  the
prórroga de la fecha de pago, la modificación de la amortiza-

sums  secured  by  this  Security  Instrument  granted
ción de las sumas aseguradas por esta Hipoteca concedidas por

by Lender to any successor in interest of Borrower
el Acreedor Hipotecario a cualquier sucesor en título del Deu-

shall  not  operate  to  release  the  liability  of  the
dor Hipotecario no relevarán de responsabilidad al Deudor

original  Borrower  or  Borrower's  successors  in
Hipotecario original o a sus sucesores en título.  No se reque-

interest.  Lender  shall  not  be  required  to  com-
rirá del Acreedor Hipotecario que comience procedimientos con-

mence  proceedings  against  any  successors  in  inter-
tra cualquier sucesor en título ni que rehúse extender la fecha

est or refuse to extend time for payment or other-
de pago o que de otra forma modifique la amortización de las

wise  modify  amortization  of  the  sums  secured  by
sumas garantizadas por esta Hipoteca por razón de cualquier

this  Security  Instrument  by  reason  of  any  demand
exigencia del Deudor Hipotecario original o de sus sucesores

made  by  the  original  Borrower  or  Borrower's  suc-
en título.  Cualquier indulgencia del Acreedor Hipotecario en

cessors  in  interest.  Any  forbearance  by  Lender  in
el ejercicio de cualesquier derecho o remedio no constituirá

exercising  any  right  or  remedy  shall  not  be  a
renuncia ni impedimento para el ejercicio de cualesquiera de

waiver of or preclude the exercise of any right or
esos derechos y remedios.----------------------------------

remedy.------------------------------------------------
----------------------------------------------------------

---12.  Successors  and  Assigns  Bound;  Joint  and
---12.  Sucesores y Cesionarios Obligados; Responsabilidad

Several  Liability;  Co-Signers.  The  covenants  and
Solidaria; Co-firmantes.  Los pactos y convenios contenidos en

agreements  of  this  Security  Instrument  shall  bind
esta Hipoteca obligarán y beneficiarán a los sucesores y cesio-

and  benefit  the  successors  and  assigns  of  Lender
narios del Acreedor Hipotecario y del Deudor Hipotecario,

and  Borrower,  subject  to  the  provisions  of  Para-
sujeto a las disposiciones del Párrafo 9(b).  Los pactos y

graph  9(b).  Borrower's  covenants  and  agreements
convenios del Deudor Hipotecario serán solidarios.  Cualquier

shall  be  joint  and  several.  Any  Borrower  who  co-
Deudor Hipotecario que sea co-firmante de esta Hipoteca pero no



signs this Security Instrument but does not exe-
del Pagaré:  (a) es co-firmante únicamente para hipotecar todo

cute the Note:  (a)  is co-signing this Security
su interés y derecho sobre la Propiedad, bajo los términos y

Instrument only to mortgage, grant and convey that
condiciones contenidos en esta Hipoteca; (b) no queda perso-

Borrower's interest in the Property under the
nalmente obligado a pagar las sumas garantizadas por esta

terms of this Security Instrument;  (b)  is not
Hipoteca; y (c) pacta y conviene que el Acreedor Hipotecario

personally obligated to pay the sums secured by
y cualquier otro Deudor Hipotecario podrán acordar, prorro-

this Security Instrument; and  (c) agrees that
gar, modificar, renunciar o llegar a cualquier otro arreglo

lender and any other Borrower may agree to extend,
sobre los términos de esta Hipoteca o del Pagaré, sin el con-

modify, forebear or make any accommodations with
sentimiento de dicho co-firmante de la Hipoteca.------------

regard to the terms of this Security Instrument or
------------------------------------------------------------

the Note without that Borrower's consent.---------
------------------------------------------------------------

---13. <u>Notices</u>.  Any notice to Borrower provided
---13. <u>Notificaciones</u>.  Toda notificación al Deudor Hipote-

for in this Security Instrument shall be given by
cario prevista en esta Hipoteca le será hecha mediante entrega

delivering it or by mailing it by First Class Mail
o por correo de Primera Clase, a menos que el derecho aplicable

unless applicable law requires use of another
requiera el uso de otro método.  La notificación le será diri-

method.  The notice shall be directed to the Prop-
gida a la dirección de la Propiedad o a la que el Deudor Hipo-

erty address or any other address Borrower desig-
tecario haya designado mediante notificación al Acreedor Hipo-

nates by notice to Lender.  Any notice to Lender
tecario.  Cualquier notificación al Acreedor Hipotecario se

shall be given by First Class Mail to Lender's
hará por correo de Primera Clase a su dirección expresada en

address stated herein or any address Lender desig-
ésta o a la que el Acreedor Hipotecario designe mediante

nates by notice to Borrower.  Any notice provided
notificación al Deudor Hipotecario.  Cualquier notificación

for in this Security Instrument shall be deemed to
prevista en esta Hipoteca se entenderá hecha al Deudor Hipo-

have been given to Borrower or Lender when given
tecario o al Acreedor Hipotecario cuando se haya hecho de la

as provided in this paragraph.---------------------
manera dispuesta en este párrafo.---------------------------

---14. <u>Governing Law; Severability</u>.  This Secu-
---14. <u>Derecho Aplicable; Separabilidad</u>.  Esta Hipoteca se

rity Instrument shall be governed by Federal Law
regirá por la ley Federal y las leyes del Estado Libre Asociado

and the laws of the Commonwealth of Puerto Rico.
de Puerto Rico.  En la eventualidad de que cualquier disposi-

In the event that any provision or clause of this
ción o cláusula de esta Hipoteca o del Pagaré conflija con el

Security Instrument or the Note conflicts with
derecho aplicable, dicho conflicto no afectará las demás

applicable law, such conflict shall not affect
disposiciones de esta Hipoteca o del Pagaré que se puedan cum-

other provisions of this Security Instrument or
plir sin la disposición conflictiva.  A estos fines las dispo-

the Note which can be given effect without the
siciones de esta Hipoteca y del Pagaré por la presente se

conflicting provision.  To this end the provisions
declaran separables.------------------------------------------

of this Security Instrument and the Note are
--------------------------------------------------------------

declared to be severable.-------------------------------------
--------------------------------------------------------------

---15.  Borrower's Copy.  Borrower shall be given
---15.  Copia para el Deudor Hipotecario.  Al Deudor Hipoteca-

one conformed copy of the Note and of this Secu-
rio se le entregará una copia concordante con esta escritura de

rity Instrument.----------------------------------------------
Hipoteca.-----------------------------------------------------

---16.  Hazardous Substances.  Borrower shall not
---16.  Sustancias Peligrosas.  El Deudor Hipotecario no cau-

cause or permit the presence, use, disposal, stor-
sará o permitirá la presencia, uso, distribución, almacena-

age, or release of any Hazardous Substances on or
miento, o emisión de cualquier sustancia peligrosa en la Pro-

in the Property.  Borrower shall not do, nor allow
piedad.  El Deudor Hipotecario no hará ni permitirá que otras

anyone else to do, anything affecting the Property
personas hagan nada que afecte la Propiedad en violación a

that is in violation of any Environmental Law.
cualquier Ley Ambiental.  Lo expresado en las dos oraciones

The preceding two sentences shall not apply to the
anteriores no aplicará a la presencia, uso o almacenamiento en

presence, use, or storage on the Property of small
la Propiedad de pequeñas cantidades de sustancias peligrosas

quantities of Hazardous Substances that are gen-
que son generalmente reconocidas y apropiadas para usos resi-

erally recognized to be appropriate to normal
denciales y mantenimiento de la Propiedad.--------------------

residential uses and to maintenance of the
--------------------------------------------------------------

Property.-----------------------------------------------------
--------------------------------------------------------------



Puerto Rico Revised Form August 1996

---Borrower shall promptly give Lender written
---El Deudor Hipotecario dará prontamente al Acreedor Hipote-

notice of any investigation, claim, demand, law-
cario notificación escrita de cualquier investigación, recla-

suit or other action by any governmental or regu-
mación, demanda, litigio u otra acción por cualquier agencia

latory agency or private party involving the Prop-
gubernamental o reguladora o persona particular que afecte

erty and any Hazardous Substance or Environmental
la Propiedad y cualquier sustancia peligrosa o Ley Ambiental

Law of which Borrower has actual knowledge. If
de la cual el Deudor Hipotecario tiene conocimiento. Si el

Borrower learns, or is notified by any govern-
Deudor Hipotecario se entera o es notificado por cualquier

mental or regulatory authority, that any removal
autoridad gubernamental o reguladora, que es necesario tomar

or other remediation of any Hazardous Substances
alguna acción remediativa o remover cualquier sustancia peli-

affecting the Property is necessary, Borrower
grosa que afecta la Propiedad, el Deudor Hipotecario tomará

shall promptly take all necessary remedial actions
prontamente todas las acciones necesarias de acuerdo a la

in accordance with Environmental Law.-------------
Ley Ambiental.----------------------------------------

---As used in this Paragraph 16, "Hazardous Sub-
---Tal como se usa en este Párrafo 16, "Sustancias Peligrosas"

stances" are those substances defined as toxic or
son aquellas sustancias definidas como tóxicas o sustancias

hazardous substances by the Environmental Law and
peligrosas por la Ley Ambiental y las siguientes sustancias:

the following substances: gasoline, kerosene,
gasolina, kerosén, otras sustancias inflamables o tóxicas

other flammable or toxic petroleum products, toxic
derivadas de petróleo, insecticidas y herbicidas, solventes

pesticides and herbicides, volatile solvents,
volátiles, materiales que contienen asbestos o formaldehído y

materials containing asbestos or formaldehyde, and
materiales radioactivos. Tal como se usa en este Párrafo 16,

radioactive materials. As used in this Para-
"Ley Ambiental" significa leyes federales y leyes de la juris-

graph 16, "Environmental Law" means federal laws
dicción donde está la Propiedad ubicada relacionadas con sani-

and laws of the jurisdiction where the Property is
dad, seguridad o protección ambiental.------------------------

located that relate to health, safety or environ-
-------------------------------------------------------------

mental protection.-------------------------------------
-------------------------------------------------------------

---17. Assignment of Rents. Borrower uncondi-
---17. Cesión de Rentas. El Deudor Hipotecario incondicional-

tionally assigns and transfers to Lender all the
mente cede y transfiere al Acreedor Hipotecario todas las ren-

rents and revenues of the Property. Borrower
tas y réditos de la Propiedad. El Deudor Hipotecario autoriza

authorizes Lender or Lender's agents to collect
al Acreedor Hipotecario o sus agentes a cobrar las rentas y

the rents and revenues and hereby directs each
réditos y por la presente instruye a cada inquilino de la Pro-

tenant of the Property to pay the rents to Lender
piedad que pague las rentas al Acreedor Hipotecario o a sus

or Lender's agents. However, prior to Lender's
agentes. No obstante, antes de que el Acreedor Hipotecario

notice to Borrower of Borrower's breach of any
notifique al Deudor Hipotecario que éste ha violado cualquier

covenant or agreement in the Security Instrument,
convenio o acuerdo contenido en la Hipoteca, el Deudor Hipote-

Borrower shall collect and receive all rents and
cario cobrará y recibirá todas las rentas y réditos de la Pro-

revenues of the Property as trustee for the bene-
piedad como fiduciario para beneficio del Acreedor y del Deudor

fit of Lender and Borrower. This assignment of
Hipotecario. Esta cesión de rentas constituye una cesión abso-

rents constitutes an absolute assignment and not
luta y no una cesión como garantía adicional únicamente.------

an assignment for additional security only.-------
------------------------------------------------------------

---If Lender gives notice of breach to Borrower:
---Si el Acreedor Hipotecario notifica una violación al Deudor

(a) all rents received by Borrower shall be held
Hipotecario: (a) todas las rentas recibidas por el Deudor

by Borrower as trustee for benefit of Lender only,
Hipotecario las retendrá únicamente en calidad de fiduciario

to be applied to the sums secured by the Security
para beneficio del Acreedor Hipotecario, para ser acreditadas a

Instrument; (b) Lender shall be entitled to col-
las sumas garantizadas por esta Hipoteca; (b) el Acreedor Hipo-

lect and receive all of the rents of the Property;
tecario tendrá derecho a cobrar y a recibir todas las rentas de

and (c) each tenant of the Property shall pay all
la Propiedad; y (c) cada inquilino de la Propiedad pagará al

rents due and unpaid to Lender or Lender's agent
Acreedor Hipotecario o a sus agentes todas las rentas vencidas

on Lender's written demand to the tenant.--------
y adeudadas con sólo mediar requerimiento escrito a esos

-----------------------------------------------------------
efectos.-----------------------------------------------------

---Borrower has not executed any prior assignments
---El Deudor Hipotecario no ha hecho cesión de las rentas ni ha

of the rents and has not and will not perform any
ejecutado ni ejecutará ningún acto que impida al Acreedor Hipo-



act that would prevent Lender from exercising its
tecario ejercitar sus derechos bajo este Párrafo 17.-----------

rights under this Paragraph 17.--------------------
-------------------------------------------------------------

---Lender shall not be required to enter upon,
---Al Acreedor Hipotecario no se requerirá que entre, ni que

take control of or maintain the Property before or
tome control ni que dé mantenimiento a la Propiedad, ni antes

after giving notice of breach to Borrower. How-
ni después de notificar alguna violación al Deudor Hipotecario.

ever, Lender or a judicially appointed receiver
No obstante, el Acreedor Hipotecario o un síndico nombrado

may do so at any time there is a breach. Any
judicialmente podrá hacerlo en cualquier momento que exista una

application of rents shall not cure or waive any
violación. Cualquier aplicación de rentas no subsanará ningún

default or invalidate any other right or remedy of
incumplimiento ni invalidará ningún otro derecho o remedio del

Lender. This assignment of rents of the Property
Acreedor Hipotecario. Esta cesión de rentas de la Propiedad

shall terminate when the debt secured by the Secu-
terminará cuando la deuda garantizada por esta Hipoteca se

rity Instrument is paid in full.--------------------
haya pagado en su totalidad.--------------------------------

---18. Foreclosure Procedure. If Lender requires
---18. Procedimiento de Ejecución. Si el Acreedor Hipotecario

immediate payment in full under Paragraph 9,
requiere el pago total inmediato bajo el Párrafo 9, podrá invo-

Lender may invoke the power of sale and any other
car el poder de venta y cualesquiera otros remedios permitidos

remedies permitted by applicable law. Lender
por las leyes aplicables. El Acreedor Hipotecario tendrá dere-

shall be entitled to collect all expenses incurred
cho a cobrar todos los gastos incurridos en la consecución de

in pursuing the remedies provided in this Para-
los remedios provistos en este Párrafo 18, incluyendo, sin im-

graph 18, including, but not limited to, reasona-
plicar limitación, honorarios de abogado razonables y los cos-

ble attorney's fees and cost of title evidence.---
tos de evidencia de título.-----------------------------------

---If Lender invokes the power of sale, Lender
---Si el Acreedor Hipotecario invoca el poder de venta, el

shall give notice of sale to Borrower in the
Acreedor Hipotecario dará notificación de la venta al Deudor

manner provided in Paragraph 13. Lender shall
Hipotecario en la forma estipulada en el Párrafo 13. El

publish and post the notice of sale, and the
Acreedor Hipotecario publicará y anunciará el aviso de venta, y

Property shall be sold in the manner prescribed by
la Propiedad se venderá en la forma estipulada por la ley

applicable law. Lender or its designee may pur-
aplicable. El Acreedor Hipotecario o persona designada puede

chase the Property at any sale. The proceeds of
comprar la Propiedad en cualquier venta. El producto de la

the sale shall be applied in the following order:
venta será aplicado en el siguiente orden: (a) a todos los

(a) to all expenses of the sale, including, but
gastos de la venta, incluyendo, pero no limitado a, gastos

not limited to, reasonable attorney's fees; (b) to
razonables de abogado; (b) a todas las sumas garantizadas por

all sums secured by this Security Instrument; and
esta Hipoteca; y (c) cualquier exceso a la persona o personas

(c) any excess to the person or persons legally
que legalmente tengan derecho a ello.-----------------------

entitled to it.--------------------------------------------
--------------------------------------------------------------

---If the Lender's interest in this Security
---Si el interés del Acreedor Hipotecario en esta Hipoteca está

Instrument is held by the Secretary and the Secre-
en poder del Secretario y el Secretario requiere pago total de

tary requires immediate payment in full under
inmediato bajo el Párrafo 9, el Secretario puede invocar el po-

Paragraph 9, the Secretary may invoke the non-
der de venta no judicial estipulado en la Ley de Ejecución de

judicial power of sale provided in the Single
Hipoteca Unifamiliar de 1994 ("Ley") (12 U.S.C. § 3751 et seq.)

Family Mortgage Foreclosure Act of 1994 ("Act")
solicitando la ejecución a un comisionado designado bajo la Ley

(12 U.S.C. § 3751 et seq.) by requesting a fore-
para que comience la ejecución y venda la Propiedad según esti-

closure commissioner designated under the Act to
pulado en la Ley. Nada en la oración anterior privará al

commence foreclosure and to sell the Property as
Secretario de cualquier derecho de otra manera disponible al

provided in the Act. Nothing in the preceding
Acreedor Hipotecario bajo este Párrafo 18 o la ley aplicable.--

sentence shall deprive the Secretary of any rights
---------------------------------------------------------------

otherwise available to a Lender under this Para-
---------------------------------------------------------------

graph 18 or applicable law.-----------------------------
---------------------------------------------------------------

---19. Condominium Covenants. If the Property is
---19. Acuerdos para Régimen de Propiedad Horizontal. Si la

a condominium unit, the following clause shall
Propiedad es una sometida al Régimen de Propiedad Horizontal,

apply, and any conflicting provision in this Secu-
aplicará la siguiente cláusula y cualesquiera disposición con-

rity Instrument shall be superseded.---------------
flictiva en esta Hipoteca quedará sin efecto.-----------------

---A.   So long as the Owners' Association of the
---A.  Mientras el Consejo de Titulares del condominio ("La

condominium maintains, with a generally accepted
Junta") mantenga una póliza maestra con un asegurador general-

insurance carrier, a "master" or "blanket" policy
mente aceptado, asegurando toda la propiedad sujeta al régimen

insuring all property subject to the condominium
de Propiedad Horizontal, incluyendo todas las mejoras existen-

documents, including all improvements now existing
tes o que se erijan en el futuro sobre la Propiedad, y esa

or hereafter erected on the Property, and such
póliza es satisfactoria para el Acreedor Hipotecario y pro-

policy is satisfactory to Lender and provides
vee cubierta de seguro en las cantidades, por los plazos, y

insurance coverage in the amounts, for the
contra los riesgos requeridos por el Acreedor Hipotecario,

periods, and against the hazards Lender requires,
incluyendo fuego y otros riesgos comprendidos dentro del tér-

including fire and other hazards included within
mino "cubierta extendida", y pérdida por inundaciones hasta el

the term "extended coverage", and loss by flood,
máximo requerido por el Secretario, entonces: (i) el Acreedor

to the extent required by the Secretary, then:
Hipotecario renuncia a la disposición del Párrafo 2 de esta

(i) Lender waives the provision in Paragraph 2 of
Hipoteca para el pago mensual al Acreedor Hipotecario de una

this Security Instrument for the monthly payment
doceava parte de los pagos anuales de primas de seguro contra

to Lender of one-twelfth of the yearly premium
riesgo en la Propiedad, y (ii) la obligación del Deudor Hipo-

installment for hazard insurance on the Property,
bajo el Párrafo 4 de mantener cubierta de seguro contra riesgos

and (ii) Borrower's obligation under Paragraph 4
a la Propiedad se entiende satisfecha hasta el máximo que la

of this Security Instrument to maintain hazard
cubierta requerida es provista por la póliza de la Junta.  El

insurance coverage on the Property is deemed sat-
Deudor Hipotecario dará pronto aviso al Acreedor Hipotecario

isfied to the extent that the required coverage is
de cualquier interrupción de la cubierta de seguro contra

provided by the Owners' Association policy.  Bor-
riesgo requerida y de cualquier pérdida causada por riesgo.

rower shall give Lender prompt notice of any lapse
En caso de distribución del producto del seguro contra ries-

in required hazard insurance coverage and of any
gos en lugar de la restauración o reparación después de una

loss occurring from a hazard.  In the event of a
pérdida sufrida por la Propiedad, ya sea en la unidad en condo-

distribution of hazard insurance proceeds in lieu
minio o en los elementos comunes, cualquier cantidad pagadera

of restoration or repair following a loss to the
al Deudor Hipotecario queda por la presente cedida y será paga-

Property, whether to the Condominium unit or to
dera al Acreedor Hipotecario para aplicarse a las sumas asegu-

the common elements, any proceeds payable to Bor-
radas por esta Hipoteca y cualquier exceso será pagadero a

rower are hereby assigned and shall be paid to
quien legalmente tenga derecho al mismo.----------------------

Lender for application to the sums secured by this
-------------------------------------------------------------

Security Instrument, with any excess paid to the
-------------------------------------------------------------

entity legally entitled thereto.--------------------
-------------------------------------------------------------

---B. Borrower promises to pay all dues and
---B. El Deudor Hipotecario promete pagar su parte proporcio-

assessments imposed pursuant to the legal instru-
nal de los gastos comunes y derramas impuestos por la Junta,

ments creating and governing the Condominium
según dispuesto en los reglamentos del Condominio.-----------

Project.-----------------------------------------------
-------------------------------------------------------------

---C. If Borrower does not pay condominium dues
---C. Si el Deudor Hipotecario no paga sus cuotas de manteni-

and assessments when due, then Lender may pay
miento y derramas a su vencimiento, el Acreedor Hipotecario

them. Any amounts disbursed by Lender under this
podrá pagarlas.  Cualquier suma desembolsada por el Acreedor

Paragraph C shall become additional debt of Bor-
Hipotecario bajo este Párrafo C se convertirá en una deuda

rower secured by this Security Instrument.  Unless
adicional del Deudor Hipotecario asegurada por esta Hipoteca.

Borrower and Lender agree to other terms of pay-
A menos que el Deudor Hipotecario y el Acreedor Hipotecario

ment, these amounts shall bear interest from the
acuerden otros términos de pago, estas sumas devengarán interés

date of disbursement, at the Note's rate and shall
desde la fecha del desembolso al tipo establecido en el Pagaré

be payable, with interest, upon notice from Lender
y serán pagaderas, con intereses, tan pronto como el Acreedor

to Borrower requesting payment.--------------------
Hipotecario haga requerimiento de pago.----------------------

---D. In this case Lender may also declare the
---D. En este caso el Acreedor Hipotecario puede también de-

total amounts owed by virtue of the Note and all
clarar inmediatamente vencida, exigible y pagadera la suma to-

of the amounts secured by this Security Instrument
tal adeudada por virtud del Pagaré y todas las cantidades

immediately due, demandable, and payable, if Bor-
garantizadas por esta Hipoteca, si el Deudor Hipotecario no



rower fails to make the monthly payments of mort-
efectúa los pagos mensuales para la prima de seguro hipote-

gage insurance premium payable to the Secretary.--
cario pagaderos al Secretario.----------------------------

**FIFTH:** <u>**Minimum Bidding Amount**</u>. In compliance
QUINTO: <u>Tipo Mínimo en Subasta</u>. En cumplimiento de ·lo dis-

with the provision of Article One Hundred Seventy-
puesto en el Artículo Ciento Setenta y Nueve (179) de la Ley

Nine (179) of· Act Number One Hundred Ninety-Eight
Número Ciento Noventa y Ocho (198), aprobada el día ocho (8) de

(198) approved on August eight (8), Nineteen Hun-
agosto de mil novecientos setenta y nueve (1979), por la pre-

dred Seventy-Nine (1979), it is hereby agreed that
sente se fija como tipo mínimo para la primera subasta, en caso

the minimum bidding amount for ·the first public
de ejecución, la cantidad de NOVENTA Y SIETE MIL CIENTO ~~~~~

auction in case of foreclosure is fixed in the
TREINTA Y SIETE DOLARES ($97,137.00) ~~~~~~~~~~~~~~~~~~~~~~~

amount of NINETY SEVEN THOUSAND ONE HUNDRED THIRTY SEVEN ~~

DOLLARS ($97,137.00) ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**SIXTH:** <u>**Recording in the Registry of Property**</u>.
SEXTO: <u>Inscripción en el Registro de la Propiedad</u>. El Deudor

Borrower expressly agrees with Lender that in the
Hipotecario conviene expresamente que de no poderse inscribir

event it is not possible to record this Mortgage
esta Hipoteca como Primer Gravamen Hipotecario, por cualquier

in the corresponding Registry of Property, for any
causa, con preferencia a cualquier otra deuda y sin defectos de

reason whatsoever, as a First Mortgage Lien,
clase· alguna, dentro de un término que no excederá de sesenta

senior to any and every other lien and without any
(60) días contados desde este otorgamiento, la deuda se consi-

defects of any kind whatsoever, within a period
derará vencida en su totalidad y el Acreedor Hipotecario podrá

not exceeding sixty (60) days from the execution
proceder a su cobro por la vía judicial.----------------------

of this Mortgage, the debt shall become totally
----------------------------------------------------------

due and Lender may proceed to its judicial collec-
----------------------------------------------------------

tion.-----------------------------------------------------
----------------------------------------------------------

**SEVENTH:** <u>**Mortgage and Note; Interpretation**</u>. The
SEPTIMO: <u>Hipoteca y Pagaré; Interpretación</u>. Esta Hipoteca y

Mortgage and the Note have been originally drafted
el Pagaré han sido originalmente redactados en el idioma inglés

in English and the interpretation of their texts
y la interpretación de sus textos en este idioma prevalecerá

in this Language shall prevail over their Spanish
sobre su traducción al español.----------------------------

translations.------------------------------------------
------------------------------------------------------

**EIGHTH:**  **Description and Registration Data of the**
OCTAVO:  Descripción y Datos de Inscripción de la Propiedad.

**Property.**------------------------------------------
------------------------------------------------------

~~~URBANA: Parcela de terreno identificada como solar número

9 del bloque "AD" de la urbanización Villa del Río~Oeste ~~~~

Sección Almira, radicada en el Barrio Palmas del término ~~~~

municipal de Cataño, con una cabida superficial de 257.600

metros cuadrados, en lindes por el Norte, en 23.00 metros con

el solar número 8; por el Sur, en 23.00 metros con el solar

número 10; por el Este, en 11.200 metros con la calle número

2 y por el Oeste, en 11.200 metros con el solar número 18.~~~

~~~Enclava una casa en concreto dedicada a vivienda.~~~~~~~~~~

~~~Inscrita al folio 230 del tomo 114 de Cataño, Registro de

la Propiedad de Bayamón, Sección Segunda, finca número ~~~~~

5,475.~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**NINTH:** **Borrower (Notary's Personal Knowledge or**
**NOVENO:** **Deudor Hipotecario (Fe Notarial de Conocimiento Perso-**

**Form of Identification.**----------------------------
**nal o Identificación).**--------------------------------------

---DON NELSON RODRIGUEZ ORTIZ, Seguro Social ███████ y

DOÑA MELISSA DE HOSTOS ALVAREZ, Seguro Social ███████,

mayores de edad, casados entre sí, propietarios y vecinos de

Bayamón, Puerto Rico, a quienes identifico del siguiente modo,

me presentan como testigo de conocimiento a DON OSCAR OSARIS

RIOS HERNANDEZ (Seguro Social Número ███████, mayor de

edad, casado, propietario y vecino de Trujillo Alto, Puerto

Rico, a quien conozco personalmente y quien me asegura bajo

su responsabilidad conocerlos, me los presenta y me asegura

que son quienes comparecen a firmar esta escritura, firmando

todos en unidad de acto. ---------------------------------------

Puerto Rico Revised Form August 1996

**TENTH:** **Lender   (Notary's   Personal   Knowledge   or**
**DECIMO:** **Acreedor   Hipotecario   (Fe   Notarial   de   Conocimiento**

**Form of Identification)**.   Lender is----------------
**Personal o Identificación)**.   El Acreedor Hipotecario es -------

BANCO POPULAR DE PUERTO RICO (Social Security Number ------
BANCO POPULAR DE PUERTO RICO (Seguro Social Número ----------

██████████ ), and the Lender's Address is Hato Rey, -------
██████████ '), y la dirección del Prestador es Hato Rey, ----

Puerto Rico. --------------------------------------------------
Puerto Rico. --------------------------------------------------

As the "MORTGAGEE" to whom reference is made in the -------
Como el "ACREEDOR HIPOTECARIO" a que se hace referencia en

appearance, there appears:   MISTER WILLIAM VAZQUEZ GONZALEZ
la comparecencia, comparece:   DON WILLIAM VAZQUEZ GONZALEZ

----------------------------------------------------------------

(Social Security Number ████████ , ------------------------
(Seguro Social Número ████████ , ------------------------

of legal age, married, and a resident of Guaynabo, ----------
mayor de edad, casado(a), residente de Guaynabo, ------------

---------------------- Puerto Rico, to me personally known.
---------------------- Puerto Rico, a quien conozco --------

The appearing party binds himself to show his authority to
personalmente.   El (la) compareciente acreditará sus -------

execute this deed wherever and whenever so required. ------
facultades con que comparece donde y cuando fuere necesario.

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

**ELEVENTH:**  **Homestead Rights; Waiver.**  To further
UNDECIMO: Hogar Seguro; Renuncia.  Para mayor garantía de pago

secure payment of the Note, Borrower, in confor-
del Pagaré, el Deudor Hipotecario, de conformidad con las leyes

mity with the laws of the Commonwealth of Puerto
del Estado Libre Asociado de Puerto Rico, expresamente renuncia

Rico, expressly waives in favor of Lender his
a favor del Acreedor Hipotecario su derecho de hogar seguro so-

homestead and property rights, with all of the
bre la Propiedad con todos los usos y derechos que en la actua-

uses and rights which he presently possesses or
lidad posee o que pueda poseer en el futuro, expresamente

may in the future possess therein, expressly waiv-
renunciando a favor del Acreedor Hipotecario todos sus títulos,

ing in favor of Lender all of his titles, rights
derechos e intereses de cualquier clase o descripción en la

and interests of any kind or description in the
Propiedad y en los edificios en ella construidos, que actual-

Property and in the buildings constructed thereon,
mente o en el futuro posea.---------------------------------

which he presently possesses or may in the future
------------------------------------------------------------

possess.----------------------------------------------------
------------------------------------------------------------

---------------------ACCEPTANCE---------------------
------------------------ACEPTACION--------------------------

---The appearing parties, Lender and Borrower,
---Los comparecientes, Acreedor y Deudor Hipotecario, aceptan

accept this Deed in its entirety and I, the
esta Escritura en su totalidad y Yo, el Notario, les hice las

Notary, made to the appearing parties the neces-
advertencias legales pertinentes a su otorgamiento.  Yo, el

sary legal warnings concerning its execution.  I,
Notario, advertí a los comparecientes de su derecho a tener

the Notary, advised the appearing parties as to
testigos presentes en este otorgamiento, a cuyo derecho renun-

their right to have witnesses present at this
ciaron.  Luego de haber sido leída esta Escritura por los

execution, which right they waived.  The appearing
comparecientes, la ratifican totalmente y confirman que las

parties, having read this Deed in its entirety,
declaraciones contenidas en la misma reflejan fiel y exacta-

fully ratify and confirm the statements contained
mente sus estipulaciones, pactos y convenios, por lo que los

herein as the true and exact embodiment of their
comparecientes firman esta Escritura ante mí, el Notario, y

stipulations, covenants and agreements, whereupon
escriben sus iniciales en todas y cada una de sus páginas.-----

the appearing parties sign this Deed before me,
------------------------------------------------------------



the Notary, and place their initials on each and
-----------------------------------------------
every page of this Deed.------------------------
-----------------------------------------------
---I, the Notary, do hereby certify and attest as
---Yo, el Notario, por la presente certifico y DOY FE de todo

to everything stated or contained in this Deed.---
lo declarado y contenido en esta Escritura.--------------------

This is a true SIMPLE copy of the original
and of the certified copy filed for registration.

NOTARY PUBLIC

EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

**IN THE MATTER OF:**

Melissa De Hostos Álvarez

    **Debtor(s)**

CASE NO.  12-00857 MCF

CHAPTER 13

## **VERIFIED STATEMENT**

I, Mádelin Colón Pérez of legal age, single, Attorney for Banco Popular Puerto Rico and resident of San Juan, Puerto Rico, declare under penalty of perjury as follows:

That as to this date, by a search and review of the records kept by BANCO POPULAR PUERTO RICO - MORTGAGE DIVISION in the regular course of business in regard to debtor account with this bank there is no information that will lead the undersign to belief that debtor is a regular service member either on active duty or under a call to active duty, in the National Guard or as a Commission Officer of the Public Health Services or the National Oceanic and Atmospheric Administration (NOAA) in active duty.

The bank has not received any written notice from debtor that his military status has change as to this date.

That as part of my search I examined the documents and records available to me within our computer system.

IN WHEREOF I THESE PRESENTS under penalty of perjury, in San Juan, Puerto Rico this 11 th day of July, 2013.

Results as of : Jul-11-2013 06:57:24

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>DE HOSTOS ALVAREZ</u>

First Name: <u>MELISSA</u>

Middle Name:

Active Duty Status As Of: <u>Jul-11-2013</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Certificate ID: 53L7B13C4024AF0

Department of Defense Manpower Data Center

Results as of : Jul-11-2013 06:58:06

SCRA 3.0

## Status Report
## Pursuant to Servicemembers Civil Relief Act

Last Name: <u>RODRIGUEZ ORTIZ</u>

First Name: <u>NELSON</u>

Middle Name:

Active Duty Status As Of: <u>Jul-11-2013</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: S3BBL1DC7024S20