IN RE:

MELISSA DE HOSTOS ALVAREZ

DEBTOR(S)

CASE NO. 12-00857-MCF

CHAPTER 13

# TRUSTEE'S FAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 8/23/2013

With respect to the above-referred payment plan with a base of $42,928.00 the Trustee Renders the following recommendation:

[X] **FAVORABLE**        [ ] **UNFAVORABLE**

The liquidation value of the estate is: 0.00

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**Trustee will not make disbursement unless a claim is filed for post petition arrears to BPPR (atty's fees). August payment ($250.00) to trustee is pending.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 8/28/2013

<u>JUAN O CALDERON</u>
COUNSEL FOR DEBTOR(S)

<u>/s/ Pedro R Medina</u>
Pedro R Medina
USDC #226614

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-LV