IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MELISSA DE HOSTOS ALVAREZ

DEBTOR(S)

CASE NO. 12-00857-MCF

CHAPTER 13

## TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 11/3/2013

With respect to the above-referred payment plan with a base of $43,428.00 the Trustee Renders the following recommendation:

[ ] **FAVORABLE**          [X] **UNFAVORABLE**

The liquidation value of the estate is: 0.00

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):** Debtor is in arrears in the amount of $250.00 (October payment).

**2. [X] INSUFFICIENTLY FUNDED § 1325(b):**

**To pay priority claims.**

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**No claim has been filed for BPPR post petition arrears.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 11/4/2013

JUAN O CALDERON
COUNSEL FOR DEBTOR(S)

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez
USDC # 222611

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-LV