IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MELISSA DE HOSTOS ALVAREZ

XXX-XX-2216

Debtor(s)

CASE NO. 12-00857 MCF

Chapter 13

**FILED & ENTERED ON 11/06/2013**

ORDER

The debtor is granted twenty-one (21) days to reply to the Chapter 13 Trustee's unfavorable recommendation (docket #85), or the Court will enter an order denying the debtor's proposed post confirmation modified plan.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of November, 2013.

*Mildred Cabán*

Mildred Caban Flores
U.S. Bankruptcy Judge

C:  DEBTOR
    JUAN O CALDERON LITHGOW
    ALEJANDRO OLIVERAS RIVERA