IN RE:

MELISSA DE HOSTOS ALVAREZ

DEBTOR(S)

CASE NO.   12-00857-MCF

CHAPTER 13

## TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED <u>12/2/2013</u>

With respect to the above-referred payment plan with a base of $43,900.00 the Trustee Renders the following recommendation:

☐ **FAVORABLE**          ☒ **UNFAVORABLE**

The liquidation value of the estate is: 0.00

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):As per proposed PCM debtor is in arrears in the amount of $250.00 since Payment for November has not been received and December due on the 7th.**

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**Clarify attorney's fees. As per 2016 filed at docket #1 no fees was paid pre petition; however, PCM reflect pre petition fees paid in the amount of $400.00.**

NOTICE: This report anticipates Trustee´s position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee´s Office.

DATE: 12/5/2013

<u>JUAN O CALDERON</u>

COUNSEL FOR DEBTOR(S)

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez
USDC # 222611

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-EC