IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

| | |
|---|---|
| In the Matter of: <br><br> MELISSA DE HOSTOS ALVAREZ <br><br> Debtor(s) | Case No. **12-00857 MCF** <br><br> Chapter 13 |

**OPPOSITION TO MOTION BY BANCO POPULAR FOR RELIEF FROM AUTOMATIC STAY**

**TO THE HONORABLE COURT**:

The undersigned, attorney for the above-named debtor, notifies the Court as follows,

1. On July 2013 creditor Banco Popular filed a motion requesting lift of stay on debtor's residential real estate property. In its motion creditor represented that debtor was behind in post-petition payments up to July 2013. Debtor paid those arrears and agreed to modify plan after confirmation in order to include attorney's fees charged in the motion. The PCM is still pending because creditor has not amended claim to include those attorney's fees as requested by the trustee. W do not consider appropriate to file an amended claim on behalf of Banco Popular because there the bank is already represented by attorney.

2. In January 7, 2014 creditor filed another motion seeking the lift of stay alleging that debtor has accumulated arrears for November 2013, December 2013 and January. Creditor is again charging $500.00 as attorney's fees.

3. We consider this last request for lift of stay a harassment from creditor because November was already included in a payment debtor made on November 29. At that time debtor visited Banco Popular facilities and was told that in order to be current she needed to pay $2,0074.80. She prepared a money order and paid exactly that amount. However, in the motion for relief of stay creditor is trying to collect the month of November and January that still is covered by the grace period. That behavior makes evident that December 2014 is the only month in default and there is no reason to file a motion requesting lift of stay just for one month merely to charge additional attorney's fees (evidence of payments are included since July through November 2012 together with a table of payments to illustrate how payments should have been applied). Debtor will pay December 2013 and January 2014 not later than next January 16.

**WHEREFORE**, we respectfully request from this Honorable Court to take notice of the informed above and deny motion requesting relief of stay.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this same date a true and exact copy of the foregoing has been field with the Clerk of the Court that will be notified to the Chapter 13 Trustee José R. Carrión Morales and all other appearing parties using the Court's CM/ECF system.

In Vega Baja, Puerto Rico, on this January 12, 2014

s/ Juan O. Calderon Lithgow
**JUAN O. CALDERON LITHGOW**
ATTORNEY FOR DEBTOR, 205607
APARTADO 1710
VEGA BAJA, PR 00694-1710
TEL.: 787-858-5476
Email: caldlithlaw@gmail.com

BANCO POPULAR.
BANCO POPULAR DE PUERTO RICO
PO Box 362708 San Juan, Puerto Rico 00936-2708
Sucursal Bayamon Oeste
240 20130716

OFFICIAL CHECK
Check No. 1031240000021103
Date 07/16/2013

10-20
215

PAY: TWO THOUSAND FORTY EIGHT DOLLARS AND 20/100

$2,048.20

TO THE ORDER OF: BPPR

REMITTER: MELISSA DE HOSTOS ALVAREZ
FDIC Member and Federal Reserve System

Authorized Signature

Over $25,000.00 Two Signatures Required

#07010010577040
Loan Monthly $4,0000 #12-00857MCF

# BANCO POPULAR

```
           115          SANTA ROSA
    Date: 09/12/2013    Time:  2:03 pm
           Teller ID:  15

Trans.  /    Trans. Description /   Amount
Sequence      Account Number
-------------------------------------------

195  Check Cashed                    $595.00
     XXXXX0707


     MORTGAGE PROV 014 Payment
     071010010577040
     Paid Amount                     $595.00

      Este recibo es el comprobante de sus
transacciones. Consérvelo para reconciliar su
     estado de cuenta, para alguna reclamación
   o devoluciones de Especiales Musicales.
      - Gracias por permitirnos Servirle !
   TeleBanco Popular 767-724-3650 ó 1-888-724-3650
              www.bancopopular.com
```

*Agosto 2013*



| | Nombre del deudor: | MELISSA DE HOSTOS | | |
|---|---|---|---|---|
| | Número de caso: | 12-00857-MCF13 | | |
| | | HISTORIAL DE PAGO DEL CLIENTE DE QUIEBRA | | |
| | | (Es su obligación mantener la evidencia de todos los pagos hechos) | | |
| | | (Si no conserva la evidencia y su pago se extravía es posible que tenga que pagar de nuevo) | | |
| | | MANTENER LOS PAGOS DEL PLAN DE QUIEBRAS | | |
| | Periodo de pago | Número de Cheque | Fecha del cheque de pago | Cantidad del pago |
| 1 | 6-Mar-12 | | 1 | $665.00 |
| 2 | 6-Apr-12 | | 2 | $665.00 |
| 3 | 6-May-12 | | 3 | $665.00 |
| 4 | 6-Jun-12 | | 4 | $665.00 |
| 5 | 6-Jul-12 | | 5 | $665.00 |
| 6 | 6-Aug-12 | | 6 | $665.00 |
| 7 | 6-Sep-12 | | 7 | $665.00 |
| 8 | 6-Oct-12 | | 8 | $665.00 |
| 9 | 6-Nov-12 | | | $665.00 |
| 10 | 6-Dec-12 | | | $665.00 |
| 11 | 6-Jan-13 | | | $665.00 |
| 12 | 6-Feb-13 | | | $665.00 |
| 13 | 6-Mar-13 | | | $665.00 |
| 14 | 6-Apr-13 | | | $665.00 |
| 15 | 6-May-13 | | | $665.00 |
| 16 | 6-Jun-13 | | | $665.00 |
| 17 | 6-Jul-13 | Lift of Stay | Deuda Post-pet | $665.00 |
| 18 | 6-Aug-13 | pago 695.00 | 12-Sep | $665.00 |
| 19 | 6-Sep-13 | pago de $2,064.74 | 29-Nov | $665.00 |
| 20 | 6-Oct-13 | sept, oct | 19 | $665.00 |
| 21 | 6-Nov-13 | Nov | pagados con los $2,064.74 | $665.00 |
| 22 | 6-Dec-13 | Se debe | | $665.00 |
| 23 | 6-Jan-14 | Se debe | | $665.00 |
| 24 | 6-Feb-14 | | | |
| 25 | 6-Mar-14 | | | |
| 26 | 6-Apr-14 | | | |
| 27 | 6-May-14 | | | |
| 28 | 6-Jun-14 | | | |
| 29 | 6-Jul-14 | | | |
| 30 | 6-Aug-14 | | | |
| 31 | 6-Sep-14 | | | |
| 32 | 6-Oct-14 | | | |
| 33 | 6-Nov-14 | | | |
| 34 | 6-Dec-14 | | | |
| 35 | 6-Jan-15 | | | |
| 36 | 6-Feb-15 | | | |
| 37 | 6-Mar-15 | | | |
| 38 | 6-Apr-15 | | | |
| 39 | 6-May-15 | | | |
| 40 | 6-Jun-15 | | | |
| 41 | 6-Jul-15 | | | |
| 42 | 6-Aug-15 | | | |
| 43 | 6-Sep-15 | | | |

| # | Fecha | | | | |
|---|---|---|---|---|---|
| 44 | 6-Oct-15 | | | | |
| 45 | 6-Nov-15 | | | | |
| 46 | 6-Dec-15 | | | | |
| 47 | 6-Jan-16 | | | | |
| 48 | 6-Feb-16 | | | | |
| 49 | 6-Mar-16 | | | | |
| 50 | 6-Apr-16 | | | | |
| 51 | 6-May-16 | | | | |
| 52 | 6-Jun-16 | | | | |
| 53 | 6-Jul-16 | | | | |
| 54 | 6-Aug-16 | | | | |
| 55 | 6-Sep-16 | | | | |
| 56 | 6-Oct-16 | | | | |
| 57 | 6-Nov-16 | | | | |
| 58 | 6-Dec-16 | | | | |
| 59 | 6-Jan-17 | | | | |
| 60 | 6-Feb-17 | | | | |
| | | | Lump Sum | | |
| | | | Lump Sum | | |
| | | | Lump Sum | | |
| | | | Total de pagos | | $15,295.00 |

Propósito del Pago: _____

Nombre de persona o agencia que lo recibe