IN RE:

MELISSA DE HOSTOS ALVAREZ

DEBTOR(S)

**AMENDED DOCUMENT**

CASE NO.    12-00857-MCF

CHAPTER 13

## TRUSTEE'S  UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 12/2/2013

With respect to the above-referred payment plan with a base of $43,900.00 the Trustee Renders the following recommendation:

☐ **FAVORABLE**                    ☒ **UNFAVORABLE**

The liquidation value of the estate is: 0.00

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**If the 362 is withdrawn or resolved, this PCM may be approved. No claim has been filed for post petition arrears to BPPR.**

NOTICE: This report anticipates Trustee´s position as per 11 USC § 1302(b)(2) a copy of  which has been served upon counsel for  debtor(s).
    Copies  are available to parties in interest at the Trustee´s Office.

DATE: 1/15/2014

JUAN O CALDERON

COUNSEL FOR DEBTOR(S)

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez
USDC # 222611

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-LV